# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05- 549

TO: _Daniel Green_   SBI#: _320086_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _July 15, 2005_

FILED
JUL 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _January 1, 2005_ to _June 30, 2005_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | 0 |
| Feb | 0 |
| March | 0 |
| April | 0 |
| May | 0 |
| June | 0 |

Average daily balances/6 months: _0_

Attachments
CC: File

_Stacy Shane_
7/15/05

July 15, 05
Notary public