**ORIGINAL**

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Daniel S. Green  320086__
    (Name of Plaintiff)    (Inmate Number)

__Dept. Correction center__
__1181 Paddock Rd. Smyrna Del. 19977__
    (Complete Address with zip code)

(2) __N/A__
    (Name of Plaintiff)    (Inmate Number)

__N/A__
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

05 - 549

(Case Number)
( to be assigned by U.S. District Court)

vs.

1,2 (1) __Radcliffe, Charles / Bradford Apa__
3,4 (2) __Lyle Bryant / Horace Duggins__
5,6 (3) __CPl. williams / CPl. Danelli__
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
JUL 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  **PREVIOUS LAWSUITS**

    A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__Daniel S. Green v. First correctional medical__
__LLC.  04-027-KAJ  Jan 13, 2004__
__Judge kent A. Jordan__

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • • Yes • (No)

C. If your answer to "B" is Yes:

  1. What steps did you take? _____

  2. What was the result? _____

D. If your answer to "B" is No, explain why not: When I Plaintiff ask for a grievance c/o said they don't have noun, when I did set one they said it was passed the seven day limit

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Radcliffe Charles
Employed as Correction officer at Howard R. Young Institution
Mailing address with zip code: 1301 E. 12th St. Wilm. Del. 19809

(2) Name of second defendant: Beardford APa
Employed as Correction officer at Howard R. Young Institution
Mailing address with zip code: 1301 E. 12th St. Wilm. Del. 19809

(3) Name of third defendant: Lyle Bryant
Employed as Correctional officer at Howard R. Young Institution
Mailing address with zip code: 1301 E. 12th St. Wilm. Del. 19809

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

4.) Name of fourth defendent: Horace Duggins
   Employed as correction officer at Howard R. Young Institution
mailing address with zipcode: 1301 E. 12th st. Wilm. Del. 19809
5.) Name of fifth defendent: cpl. Williams
Employed as correction officer at Howard R. Young Institution
mailing address with zip code: 1301 E. 12th st. Wilm. Del. 19809
6. Name of sixth defendent cpl. Danelli
Employed as correction officer at Howard R. Young Institution
mailing address with zipcode: 1301 E. 12th st. Wilm. Del. 19809

Case 1:05-cv-00549-SLR    Document 2    Filed 07/29/2005    Page 3 of 7

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 8-23-04 I was hand cuffed by c/o Galli the given over to QRT team Defendents, my hand was already Injuried from another time I told them this, I was then Pick off the floor from a standing position by cuffs by defendents and man handled, defendents on way to medical and displanary

2. area was hitting me in head with shield and forcing my arms to the point they would't go. From medical to displonary area were I was to be unhand' cuffed I was told to put one hand on my head when one cuff was off I told the defendents I can't move my hand or arms because

3. of the excessive use of force the used bring me down and do to first Injury to hand, they then came in on me one using exstrum force on my bad hand the other smashing my head into the desk the other Punching me this should all be on video before door was shut and locked on 1-24-05 Cpl. Williams and Cpl. Donelli go to next page.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like charges to be pressed against c/o's for there use of force that is and was unessary.

3

statement of claims

was called to a code, cpl. williams was there first, when ask c/o what happend, he was told, I Plaintiff had my back to cpl. williams, he the grab me by my colar out of the cell in the door way with my hands up in the air, spins me around and slams me on the table, I tell him I have a bad left hand, He cuffs me with extra force, Now at this time c/o now cpl. Danelli comes and says "O this guy" he then polls me from around the table slams me on the floor were I am then kick punched then piek up by cuffs slamed into wall by out cove, door opens pick up slamed into floor in out cove were I Plaintiff have 5 c/o's on me two on my legs two with there knees in my back and one standing watching, this was a done befor QRT team was in area with viedo, on way to medical I was then man handled, left medical, then was taken back to medical because of Injuries were I was submitted for three days were I lost feeling in left hand from little finger to ring finger and risk this is all on viedo and medical records witch I will give later for both 8-23-04 and 1-24-05.

2. For both assaults I would like 1.5 million for what they did to my Injured left hand causing insault to Injury and more damage and for the pain and suffering And the mental state they Put me throgh.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of July, 2005.

_Daniel S. [signature]_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



LEGAL MAIL
19801

United States Court
House lock Box 18
844 King Street
Wilmington Delaware
19801

LEGAL MAIL
19801

IM Daniel S. Green
SBI# 326686 UNIT 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977