05-549 (KAJ)

To the clerk of the court I asked the law library here at DCC to send me 7 U.S. marshal form for my case 1:05-cv-00549 KAJ so I can have to fill out, The law library tells me to show them the requesting form, I do not have to show them anything if I ask for it, I told the court before about how the law library tryies to find out what is going on when it is my right to have my information Private, I am also sending the later I sent to the law library with there responce and if it is possible could you have this corrected I also told the court about my mail not going out which I still have that was to go to the court and telling the court in other later's about how I have been interfeered with, So I ask the court to do senthing about this thankyou. As well I only wanted the forms so I could have them ready.

Respectfully

Daniel L. [signature]

Date: 9-15-05

SBI 320086
1181 Paddock Rd.
Smyrna Del. 19977

FILED
SEP 19 2005
U S DISTRICT COURT
DISTRICT OF DELAWARE



IM Daniel S. Green
SBI# 320086   UNIT 17 C-04
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

US Courthouse
844 King St. Lock Box 18
Wilmington Del 19801

Legal Mail

Legal Mail