RECEIVED
SEP 14 2005
SHU LAW LIBRARY

From: Daniel S Green
To: Law Library
RE: I need (7) U.S. Marshals Form 285
Date: 9-13-05

Could you please send (7) U.S. Marshals form 285. I need one for Attorney General and 6 more for Defendants and could you send them as soon as you get this letter Please Thank you.

Respectfully,
Daniel S. Green
SBI 320086
Unit 17 C-U-4

Mr. Green,
Send the Court Order requesting the Marshal Forms.
B.E.
9/15/05.