OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 21, 2005

TO: Daniel S. Green
SBI# 320086
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: 285 Forms; 05-549(KAJ)**

Dear Mr. Green:

The Clerk's Office is in receipt of your letter dated 9/15/05 requesting USM 285 forms. Please be advised that as of this date **no service order has been issued**. USM 285 forms can be obtained through the prisoner law library.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

05-549 (KAJ)

To the clerk of the court I asked the law library here at DCC to send me 2 US marshal form for my case 1:05-cv-00549 KAJ so I can have to fill out, The law library tells me to show them the requesting form, I do not have to show them anything if I ask for it, I told the court before about how the law library tries to find out what is going on when it is my right to have my information Private, I am also sending the later I sent to the law library with there response and if it is possible could you have this corrected I also told the court about my mail not going out which I still have that was to go to the court and tells the court in other later's about how I have been interfered with, So I ask the court to do something about this thank you, As well I only wanted the forms so I could have them ready

Respectfully

[signature]

Date: 9-15-05

SBI 320086
1181 Paddock Rd.
Smyrna Del. 19977

FILED
SEP 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned