TO: Judge Kent A. Jordan
Daniel Green  C.A# 04-027 KAJ and 05-549-KAJ

I am writing to you Judge Jordan about a letter I sent to the clerk, a letter dated 9/15/05 asking the clerk if he could do something about the law library.

I ask for seven 285 forms) the law library said i need to prove that i have proof before he gives them to me, I also sent this letter with the letter i gave to the clerk asking if he could help me and tell the law library here at DCC i do not have to show resens for a request as well in the letter about the mail they never sent out which i wrote about before, the clerk sent a letter telling me that service has not been issued, that's not what i ask, as well on my Docket there are things worded different then the way I sent them in and given a miss understanding of what i am intending. This is not the first time i wrote to the clerk about trying to get help, and send me a letter about the opposet of what i am trying to get done and that I would like for you to go over all my motion and letter that I sent in and help or answer what I have been trying to get done. Thank you.

P.S. I feel this letter is directed to you and has nothing to do with counsel or that i have to send them copies because this is between me and you.

Respectfully

Daniel S. Green
1181 Paddock Rd. Smyrna De, 19977

