IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-549-KAJ |
| | ) |
| RADCLIFF CHARIES, BRADFORD APA, LYLE BRYANT, HORACE DUGGINS, CPL. WILLIAMS, and CPL. DANELLI, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**FILED**
SEP 2 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Daniel Green, SBI #320086, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated  9-19-05 , 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date:  9-21-05 , 2005.

_____
Daniel Green





Daniel S. Green
#320086 UNIT 17 C w-4
DELAWARE CORRECTIONAL CENTER
PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

U.S. District Court
844 King St. Lockbox 18
Wilmington Delaware
19801

U.S.M.S. X-RAY