OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 27, 2005

TO: Daniel S. Green
SBI# 320086
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

*RE:* **USM 285 Forms Received on 9/27/05; 05-549(KAJ)**

Dear Mr. Green:

The Clerk's Office is in receipt of the above referenced forms. Please be advised that as of this date ***no service order has been issued***.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan