In The United States District courtHouse
for The State of Delaware

Daniel S. Green

vs.

chariel et. al.

C.A.# 1:05-CV-549-KAJ



FILED
JAN - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Letter To THE Honorable Judge Kent A. Jordan
RE: CPL. Danelli, Now Sgt. Danelli at C.V.O.P

On a letter Dated 12/9/04 I sent a letter telling you about Sgt. Danelli about defamation of my character entered: 12/14/04 and that I tryied to handle it with the institution which nothing happened, I am sending the memorandum the institution sent me, but did nothing. And now Sgt. Danelli is down here at C.V.O.P. and as you know in my complaint that i sent in that I was Asualted by Sgt. Danelli and about the ackucation he said about me back in December 2004. I Feel as thogh I am not safe around Sgt. Danelli and would like the court to intervene in this matter.

Respectfully
Daniel S. Green
320086
P.O. Box 5003

I Have no Service of certificate

This is a new case that has been accepted in the united states court and I have no address or name of Person In the Attorney General's office to send it to.

Daniel S. [signature]

320086
P.O. Box 5003
Smyrna Del. 19977



IM Daniel S. Green
SBI# 320086  UNIT
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003

united states courthouse
844 King Street
Lock Box 18
Wilmington Delaware
19801