

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

TO:        Daniel Green, 320086
           2B Pod

FROM:      Warden Raphael Williams

DATE:      December 10, 2004

SUBJ:      **YOUR RECENT CORRESPONDENCE**

  Your recent correspondence, to this office, has been forwarded to Captain Mark Emig, Facility Investigator, for any action or response deemed.

RW:adc

**DISTRIBUTION**

Captain Mark Emig
File

