In The United States District Court
For The District of Delaware

Daniel S. Green
    Plaintiff

v.

Radcliffe Charless
Bradford APA, Lyle
Bryant, Horace Duggins
CpL. Williams, Sgt Danelli

Civ. No. 05-549-KAJ



Motion to amend complaint on Bradford APA, Lyle Bryant, Horace Duggins, and Radcliffe Charles

My claims of excessive force occurring on 8-23-04 on the incident report I have lable number one in the under line part tells you I was handcuffed by officer Galli and brought out to the alcove and turned over to the Primary QRt team which means Quick Responce team, as well this is not the original report by officer cannon labled as number two with the date in the upper right coner of the day this happend and not the late writen on the others. on the other Incident Report labled as number 3, It tells you I was already handcuffed and he order of what the responceability of each defendant and that they are members of the QRT team which means Quick Responce Team, I have also under lined these parts on number Three, as well I was brought to R.N. Lisa

Hughes of medical were they said no injuries were reported. I have also sent a copy of a medical report two day later dated 8/25/04 of a disscription of my hand, After my head was smashed into the desk when I was take from medical to 1-E were I got no medical help for 33 day which is delaying examination and treatment which they said they can't do nothing.

Tomcik v. Ohio department of Rehabilition and correction, 62. Ohio misc. 2d 324, 598 N.E. 2d 324, 598 N.E. 2d 900, 903-04 (Ohio ct. Cl. 1990). I have sent the sick slip with this to show you I was scheduled for Nurse sickcall NSC and they never came and got me untill 9-24-04 These are all in exhibit A. I have Proven that Charles, APA, Brant and Dussins are part of the QRT Quick Responce team and that They should not be dismissed as Frivolous In this case. Because of the paper work I have sent to you Your honor Shows you they were apart of the 8-23-04 assualt.

Respectfully ~~Do~~

Daniel D. ~~Ibm~~ #340086
Central Violation Center
P.O. Box 5003
Smyrna Del. 19977

Certificate of Services

I am send the court a copy of motion to amend complaint I do not no if the Party the defendant have a lawyer on this case here so I am sending this copy to the honorable court

Date 2-8-06

Respectfully
Daniel S. ---

320086
central violution center
P.O. Box 5603
Smyrna Del. 19977



I/M Daniel S. Green
SBI# 320086 UNIT 3
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003

Legal MAIL

U.S. Courthouse
844 King St. Lockbox 18
Wilmington, Delaware 19801