# Exhibit A

| Incident# | **HRYCI Howard R.Young Correctional Institution** | Date: 09/08/2004 |
|---|---|---|
| 3008530 | 1301 E. 12th Street WILMINGTON DE. 19809 Phone#: 302-429-7700 | |

## INCIDENT REPORT

**Group#:** N/A  **Type:** Inmate Involved  **Incident Date:** 08/23/2004  **Time:** 21:11  **Confidential:** No

**Facility:** HRYCI Howard R.Young Correctional Institution  **Followup Required:** No

**Associated Disciplinary Report #(s):** 3006082

**Incident Location:** Pod 2Y

**Location Description:** dayroom floor

*number one*

**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior
2.05 Disrespect
2.06/200.108 Failing to Obey an Order
2.11/200.102 Off Limits

**Description of Incident:**
On the above date at approximately 2110 hrs. the security team arrived in the area Correctional Officer Cannon cracked all doors for inmates to lock in. All inmates were off the floor except for Inmate Green, Daniel sbi# 00320086 who was on the phone. Officer Cannon gave inmate Green a direct order to get off the phone and lock in which he did not. Officer Cannon then gave him another direct order to get off the phone at this time inmate Green with the phone clinched in his left hand he turned towards Officer Cannon and yelled and screamed" Fuck YOU, I JUST GOT ON THE FUCKING PHONE." AT this time inmate Green turned and continued his conversation. Officer Cannon then called a code 6. Inmate Green was hancuffed by Officer Galli and brought out into the alcove and turned over to the Primary qrt team. While Inmate Green was in the alcove he stated to Officer's Galli and Farrington "That if he see's Officer Cannon in the hallway it's going to be a code 1 and if he see's Officer Cannon on the street he will kill him". end of report.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A  **Date Collected:** N/A
**Discovered By:** N/A  **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** handcuffs

**Immediate Action Taken:**
code 6 was called by officer cannon/ inmate handcuffed by c/o galli and turned over to primary qrt and placed on pre-hearing

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Mark, Cannon | N/A | Correctional Officer |
| Inmate | Daniel, Green S | 00320086 | N/A |

**Reporting Officer:** Cannon, Mark (Correctional Officer)  **Entered By:** Cannon, Mark (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 08/23/2004  **Approved by:** Bamford, David (Shift Commander - Large Inst.)
**Comments:** N/A

| Disciplinary# | HRYCI Howard R. Young Correctional Institution | Date: 08/23/2004 |
|---|---|---|
| 3006082 | 1301 E. 12th Street WILMINGTON DE, 19809 Phone No. 302-429-7700 | |

*number two*

# DISCIPLINARY REPORT

**Disciplinary Type:** Class1  **Housing Unit:** Pod 1E  **IR#:** 3008530

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00320086 | Green, Daniel S | HRYCI | Pod 2Y | 08/23/2004 | 21:11 |

**Violations:** 1.06/200.203 Disorderly or Threatening Behavior, 2.05 Disrespect, 2.06/200.108 Failing to Obey an Order, 2.11/200.10 Off Limits

**Witnesses:** 1. Galli, C/O   2. Farrington, C/O   3. Danelli, C/O

### Description of Alleged Violation(s)

Security Team Arrived In The Area, All The Other Inmates Were Locked In Their Cells. Inmate Green Was Still On The Phone An Was Given A Direct Order Two Times To Get Off The Phone And Lock In. Inmate Green Failed To Comply With These Orders An Became Disorderly Threatening Towards Officer Cannon, At This Time Officer Cannon Called A Code 6. End Of Report.

**Reporting Officer:** Cannon, Mark (Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Cannon, Mark -Correctional Officer

Code Six Was Called / Inmate Was Hancuffed And Removed From Pod And Turned Over To Primary Qrt Team

### Offender Disposition Details

**Disposition:** N/A   **Date:** N/A   **Time:** N/A   **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** ☐   **Disapproved:** ☐   **Approved By:** ()

**Comments:** N/A

### Shift Supervisor Details

**Date Received:**   **Time:**   **Received From:**

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

*Capt Bam* ()

I have received a copy of this notice on **DATE:** 8-25-4  **TIME:** 1832 and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** _____   **Offender:** _____
                                                                Green, Daniel S

09/08/2004  09:20  MPCJF WARDENS → 95775866   NO.158  P15

| Incident# | HRYCI Howard R. Young Correctional Institution | Date: 09/08/2004 |
|---|---|---|
| 3008531 | 1301 E. 12th Street | |
| | WILMINGTON DE, 19809 | |
| | Phone#: 302-429-7700 | |

## INCIDENT REPORT

Group#: N/A   Type: Inmate Involved   Incident Date: 08/23/2004   Time: 21:00   Confidential: No

Facility: HRYCI Howard R. Young Correctional Institution   Followup Required: No

Incident Location: Pod 2Y

Location Description: 2Y pod telephone area

*number Three*

Violated Conditions: 2.06/200.108 Failing to Obey an Order
2.11/200.102 Off Limits

**Description of Incident:**
On the above date and approximate time, I Sgt. G. DeFeo responded to a code 6 on 2Y pod. Upon arrival, I/M Green, D. was already handcuffed in custody by members of the security team. The QRT responded and were briefed. The QRT took custody of I/M Green and proceeded to escort him to the infirmary were he was examined by nurse L. Hughes of medical. No injuries were reported. The QRT then escorted I/M Green to 1E outer interview room where he was given directions and unhandcuffed by Sgt. DeFeo. Inmate Green was non compliant towards Sgt. DeFeo's directions after he was unhandcuffed, and the QRT were directed to secure I/M Green. Inmate Green then became compliant to Sgt. DeFeo's directives and the QRT were directed to exit the room. The door was secured and the QRT were directed to stand down. The following are the primary QRT members and their responsibilities during the escorts: C/O R. Charles #1- hold shield approx.4-6 in. in front of Inmate's head and upper torso. C/O B. Apa #2- secure right arm. C/O L. Bryant #3- secure left arm. C/O J. Powell #4- guide QRT #1 man and team. C/O H. Duggins #5- secure handcuffs.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

Evidence Type: N/A   Date Collected: N/A
Discovered By: N/A   Secured By: N/A

Type of Force Used: [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [X] OTHER  [ ] CAPSTUN  [ ] NONE

Restraints Used: Handcuffs/QRT escort

**Immediate Action Taken:**
Rersponded to code 6.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Gregory, Defeo | N/A | CO Corporal/Sgt. - Large Inst. |
| Inmate | Daniel, Green S | 00320086 | N/A |
| Staff | Radcliffe, Charles | N/A | Correctional Officer |
| Staff | Bradford, Apa | N/A | Correctional Officer |
| Staff | Lyle, Bryant | N/A | Correctional Officer |
| Staff | Jackie, Powell | N/A | Correctional Officer |
| Staff | Horace, Duggins | N/A | Correctional Officer |
| Staff | David, Johnson | N/A | Correctional Officer |
| Civilian | Lisa, Hughes | N/A | N/A |

Reporting Officer: Defeo, Gregory (Co Corporal/Sgt. - Large Inst.)   Entered By: Defeo, Gregory (Co Corporal/Sgt. - Large Inst.)

### Approval Information

[X] Approved  [ ] Disapproved  Date: 08/23/2004  Approved by: Bamford, David  (Shift Commander - Large Inst.)

Comments: N/A

## INTERDISCIPLINARY PROGRESS NOTES

| NAME-Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|---|---|---|---|---|---|

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 8/17/04 | 1415 | PA | 11M c/o (R) hand pain c numbness R. No trauma 4 mos ago. O: 34 y/o in NAD (R) hand - no deformities, discoloration, swelling or tenderness, full ROM, pink, warm, pulses intact A: (R) hand pain P: Ibuprofen RTC prn Plan c inmate RR reviewed [signature] |
| 8/25/04 | 1325 | CFD | S: C/o (L) hand being swollen & painful to touch O: (L) hand postural area near thumb is edematous pain when palpated. A: Alt in comfort R/T pain, P: Referred to MD — A. Carter Jr |

Webster's Dictionary Defination
edematous - an abnormal accumulation of fluid in body tissues or cavities

16822


FIRST CORRECTIONAL MEDICAL

## HEALTH CARE REQUEST FORM
(PETICION PARA TRATAMIENTO MEDICO)

**PART A:** (To be completed by inmate)
(PARTE A: Completado por preso)

DATE: 8-26-04
(Fecha)

Inmate's Name: DANIEL Green
(Nombre de preso)
Number: 320086
(Numbero)

Work Assignment: _____
(Trabajo)
Work Hours: _____
(Horas de trabajo)
Housing Unit: 1-E
(Dorma)

Reason for Medical Appointment: LEFT Hand
(Razon para tratamiento medico)

How long have you had this problem?    Hours: Nov 03    Days: _____
(Cuanto tiempo tienes con este problema?)   (Horas)              (Dias)

**PART B:** (To be completed by medical personnel - DO NOT WRITE BELOW THIS LINE
(Parte B: Completado por personal medico - No escribas debajo de esta linea)

Medical Reply: Scheduled for nsc

_____
Medical Staff Member's Signature

_____
Date

Never came and got me until 9-24-04   Daniel Green