The United States District Court
For the District of Delaware

Daniel S. Green

v.

First correctional medical, LLC.

C.v. NO. 04-027-KAJ
C.v. NO. 05-549-KAJ

Letter To court for change of Address

As of wensday Feburary 15th 2006 I, Daniel S. Green we be at 38 Todds lane wilmington Delaware 19801 Please direct all mail and legal mail to this address

Thank you

Date: 2-14-06

Respectfully

Daniel S. Green 320086

Certificate of Service

One true copy to Daniel L. McKenty from Daniel S. Green by first class mail

Date 2-14-06

Daniel S. Green

SBI 320086

