In The united States District court
For the District of Delaware

Daniel S. Green

v.

Radcliffe charles
Bradford APA, Lyle
Bryant, Horace Duggins,
Cpl. william, Sgt. Danelli

Civ. No. 05-549-KAJ

Letter to the clerk of the court;

It was ordered that I, Daniel Green send a copy of my amended complaint (D.I. 1) to the clerk of the court for service upon each defendant. I am sending this complaint ordered, so copy can be sent to each defendant.

Respectfully
Daniel S. Green  320086
Housing unit 1
Sussex correctional Institution
Georgetown Del. 19947

FILED
MAR 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE