In The United States District Court
For The District of Delaware

Daniel S. Green
v.                                    Civ. No. 04-027-KAJ
First correctional medical, LLC       Civ. No. 05-549-KAJ

Letter To Judge, Jordan
RE: About my status of my hand and New address change for Both civ. suits.

The doctor saw me today and went over my hand they gave me a splent for my hand and told me I will be wareing it for a long time because of the damage to my hand, which FCM First correctional medical said they can't do nothing. As well they have me on Naprosyn 500 mg, and that is for the swelling in my hand and elanil 75 mg for the pain taken at Bedtime. I take the Naprosyn two time a day. As for my address it is 821 Bennett Street Wilmington Delaware 19801.

Now this is a 2nd opinion by doctors from CMS medical as well the doctor at S.V.op told me the same thing your honor, as well the doctor today told me when you get home go to your doctor for further treatment.

Respectfully
Daniel S. Green

Date 3-20-06

821 Bennett St.
Wilm. Del. 19801

FILED
MAR 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sertificate of Service

one true copy of all motion's and letter to Judge Jordan to the office of Daniel L. mckenty, 1224 market st, P.O. Box 394 wilm. Del. 19899.

Date: 3-20-06          Daniel S. Green
                       821 Bennett st.
                       wilm, Del. 19801

