| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Daniel S. Green | COURT CASE NUMBER<br>05-549 KAJ |
|---|---|
| DEFENDANT<br>Charles Radcliff | TYPE OF PROCESS |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Howard R. Young Institution

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 1301 E. 12th St Wilm, Delaware 19809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Daniel S. Green SBI 320086
1181 Paddock Rd.
Smyrna Del. 19977

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Pauper case

Signature of Attorney or other Originator requesting service on behalf of:
Daniel S. Green
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 9-22-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk: BF
Date: 3-20-06

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

FILED
MAY - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Date of Service: 5/1/06
Signature of U.S. Marshal or Deputy

REMARKS: Terminated as defendant 2/1/06
Return unexecuted