In The United States District Court
for The State of Delaware

Daniel S. Green, Pro Se
   vs.
First correctional medical, LLc

Notice of Address change

I am letting the court know off my new address, My new addres is Sussex correctional Institution P.O. Box 500 Georgetown Delaware 19947 A-quad.

I also wrote a notice of address change about a week ago, but I never recieved a notice that you recieved it or eletronicly notified the defendents, can you please let me know that the court has recieved this notice of address change Thank you.

Respectfully
Daniel S. Green
SBI# 320086
Sussex correctional Institution
P.O. Box 500 Georgetown
Delaware 19947 A-quad



FILED
SEP -6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Bo scanned

Service of certificate

one TRue copy to Dana m. Spring to the office of Daniel L. mckenty 1224 king street P.O. Box 394 wilmington Delaware 19899. Sent by first class mail.

Daniel S. Green
Daniel S. Green
Sussex correctional Institution
P.O. Box 500 Georgetown
Delaware 19947
A-quad

I/M: Daniel S. Green   BLDG: A-Quad
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI # 300086

Legal mail

United States District
Courthouse Lock Box 18
844 King Street
Wilmington Del, 19801

Legal mail