# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL S. GREEN, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>)<br>RADCLIFF CHARLES, )<br>BRADFORD APA, LYLE BRYANT, )<br>HORACE DUGGINS, GARLAND )<br>WILLIAMS and Cpl. DANELLI )<br>)<br>    Defendants. ) | C.A. No. 05-549-KAJ |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Deputy Attorney General Stacey Xarhoulakos hereby enters her appearance in lieu of Deputy Attorney General Lisa Barchi as counsel for State Defendants Bradford Apa, Lyle Bryant, Horace Duggins, and Garland Williams.

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
| /s/ Lisa Barchi<br>Lisa Barchi<br>Deputy Attorney General<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>lisa.barchi@state.de.us | /s/ Stacey Xarhoulakos<br>Stacey Xarhoulakos<br>Deputy Attorney General<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>stacey.xarhoulakos@state.de.us |

Date:  October 30, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2006, I electronically filed *Substitution of Counsel* with the Clerk of Court using CM/ECF. I hereby certify that on October 30, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant:

    Daniel S. Green
    SBI #320086
    Sussex Correctional Institution
    PO Box 500
    Georgetown, DE 19947

    /s/ Stacey Xarhoulakos
    Deputy Attorney General
    Department of Justice
    820 N. French St., 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    stacey.xarhoulakos@state.de.us