In the United States District Court
For The District of Delaware

Daniel S. Green Pro, Se

vs

Frist correctional medical, LLC

CA# 04-027-KAJ
CA# 05-549-KAJ

Change of Address

New Address is 921 Bennett Street
Wilmington Delaware 19801

Date 11-22-06

Daniel S. Green
921 Bennett Street
Wilmington Delaware
19801