**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DANIEL S. GREEN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-27-*** |
| | : |
| FIRST CORRECTIONAL MEDICAL, LLC, | : |
| | : |
| Defendant. | : |
| _____ | : |
| DANIEL S. GREEN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-549-*** |
| | : |
| RADCLIFF CHARLES, et al., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **20th** day of **February, 2007.**

IT IS ORDERED that a status/scheduling teleconference with Judge Thynge in the above matters has been scheduled for **Tuesday, March 20, 2007 at 9:00 a.m. Eastern Time. Stacey Xarhoulakos, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE