In The United States District Courthouse
For The District of Delaware

Daniel S. Green ) C.A. # 04-027-M.P.T
    vs.            )
First Correctional Medical, LLC, )
                   )
Daniel S. Green )
    vs.            ) C.A. # 05-549-M.P.T
Radcliff Charles, et al., )
                   )

FILED MAR 12 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Modification For New Time and date

I, Daniel S. Green have recived an order for a teleconference with judge Thynge and that Stacy Xarchoulakos, Esquire shall initiate the teleconference.
The reason for new time and date is I will be at Dr. Ger on April 11, 2007 hand speicalist and then back to my Dr. mrs. Holly wright, MSN. And I would like to have all the information from them befor the conference, even if I have to fax it on the date of the teleconference.
So if this could be reschedule until the 2nd or 3rd week of April your honor. Thankyou

Respectfully
Daniel S. Green
Date. 3/9/07

certificate of service

one true copy to Stacey Xarhoulakos, and Dana Spring monzo, By first class mail

Date 3/9/07

Daniel S. Green

Daniel S. Green
931 Bennett st.
Wilm. Del. 19801

WILMINGTON DE 197
09 MAR 2007 PM 1 L

TO: The United States District court
844 King street
Lock Box 18
Wilm. Del. 19801