**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DANIEL S. GREEN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-27-*** |
| | : | |
| FIRST CORRECTIONAL MEDICAL, LLC, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |
| DANIEL S. GREEN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-549-*** |
| | : | |
| RADCLIFF CHARLES, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington, Delaware, this **14th** day of **March, 2007.**

IT IS ORDERED that the status/scheduling teleconference with Judge Thynge in the above matters scheduled for Tuesday, March 20, 2007 at 9:00 a.m. has been rescheduled to **Thursday, April 26, 2007 at 9:00 a.m.**.  **Stacey Xarhoulakos, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE