**JOSEPH R. BIDEN, III**
**Attorney General**



**DEPARTMENT OF JUSTICE**

**NEW CASTLE COUNTY**
**Carvel State Building**
**820 N. French Street**
**Wilmington, DE 19801**
**Criminal Division (302) 577-8500**
**Fax: (302) 577-2496**
**Civil Division (302) 577-8400**
**Fax: (302) 577-6630**
**TTY: (302) 577-5783**

**KENT COUNTY**
**102 West Water Street**
**Dover, DE 19904**
**Criminal Division (302) 739-4211**
**Fax: (302) 739-6727**
**Civil Division (302) 739-7641**
**Fax: (302) 739-7652**
**TTY: (302) 739-1545**

**SUSSEX COUNTY**
**114 E. Market Street**
**Georgetown, DE 19947**
**(302) 856-5353**
**Fax: (302) 856-5369**
**TTY: (302) 856-2500**

**PLEASE REPLY TO:**
New Castle County-Civil Division

July 2, 2007

The Honorable Mary Pat Thynge
U.S. District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

   **Re:**   *Green v. Charies*, **05-549**

Dear Judge Thynge:

   I am writing to update the Court with the status of the proposed scheduling order for the above-captioned case. As of this date, Mr. Green has not contacted me to state whether he is in agreement with the proposed scheduling order that was mailed to him.

   I remain available at the Court's convenience should anything further be required.

      Respectfully submitted,

      /s/ Stacey Xarhoulakos

      Deputy Attorney General

cc:   Daniel Green, (via First Class Mail)