In The United States District Court
For The District of Delaware

Daniel S. Green
  v.
First correctional medical
charnes et.

C.A.# 04-027
C.A.# 05-549

BD scanned

FILED
JUL 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To Judge Thynge:

I went and saw doctor domingo singson they ran test on my left hand, I have nerve dange. which I feel could of been prevented. my briff's tell all. I am send copies of everthing to you and the defendants and a copy to the clerk of the cart from doctor Singson my next appointment is Aug. 22. 07.

Fcm medical never did any kind of test to get to the problem. as well if we could get copies of the log book and video tapes on the day of the incident with the gaurds you can see how my hand ware swellen which I still can't get all my discovery because they keep sending the same thing over when I know there's more. and it well also show and tell you I was put in the infirmary for seven days of the incident with charnies et.

This is in all my briff's what I been trying to tell the coats and here is the doctor's report on my left hand.

Respectfully
Daniel S. Green
921 Bennett st
wilm. Del. 19801

Date: 7-24-07

I, Daniel S. Gree have sent one true copy to each defendant on this 7-24-07 by first class mail postage paid.

Date 7-24-07

Daniel S. Gree
921 Bennett St.
Wilm, Del. 19801

Daniel S. Green
921 Bennett St.
Wilm. Del. 19801

WILMINGTON DE 197
24 JUL 2007 PM 3 T

U.S. District court house
844 King Street Wilm. Del
19801 Lock Box 18