In The United States District courtHouse
For The District of Delaware

Daniel S. Green ) CA# 04-027
v. ) CA# 05-549
First correction medical, LLC )
Charles e.t. )

About Dates from Defendants

I, Daniel S. Green Do agree with dates. As for my Rule 16a and 16a2 they the Defendants have all Paper work even the paper that I sent in from Dr. Sangson MD. I am also sending copies of my medication that I will most likly be taken for the rest of my life from the damage to my left hand, which I just got a refill on the one and was give carisoprodol which is a muscel relaxer for the muselspazm, which I have talk about in my motions.

As well your honor the defendants never filled in the date when they and I wish to have a settment hearing on the beginning of the schedling order.

Date 9-5-07

FILED
SEP - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Respectfully
Daniel S. Green
421- Bernet st
wlmington Del. 19801
(302) 384-8077

I, have sent one true copy to the defendants by first class mail postage paid, To Dana Monroe and to Stacey Xarhoulakos.

Date 9-5-07

Daniel S. Ibean
921 Bennett St
Wilmington Delaware
19801
(302) 384-8077

more details

possible uses, medical advice

RITE AID PHARMACY # 814  (302) 655-7432
801 MARKET STREET  Store DEA: AR1481415
  RPH: GAA
WILMINGTON DE 19801

**Rx 00814 0243582**  Date Filled: 08/30/2007

**GREEN, DANIEL S**
Date of Birth:  05/12/1969  (302) 421-8282
921 BENNETT ST
WILMINGTON DE 19801

**TRAMADOL HCL 50 MG TABLET**  DAW: 0
NDC: 57664-0377-13  QTY: 60  DAYS SUPPLY: 30

**DOMINGO C SINGSON MD**
1021 GILPIN AVE STE 104
WILMINGTON DE 19806

**NO REFILLS LEFT**

**MEDICAID CARD STATE OF DELAWARE DIV OF SOCI**
  GRP:        CLM REF #: 432007242325822

U&C :    $59.99

PAY :    $1.00

**MEDICATION WARNINGS**

DO NOT TAKE THIS DRUG IF YOU BECOME PREGNANT

MAY CAUSE CONSTIPATION. ASK YOUR DOCTOR OR PHARMACIST ABOUT HOW TO TREAT OR PREVENT CONSTIPATION WHILE TAKING THIS MEDICATION.

MAY CAUSE DROWSINESS. ALCOHOL MAY INTENSIFY THIS EFFECT. USE CARE WHEN OPERATING A CAR OR DANGEROUS MACHINES

OBTAIN MEDICAL ADVICE BEFORE TAKING NON-PRESCRIPTION DRUGS AS SOME MAY AFFECT THE ACTION OF THIS MEDICATION

MAY CAUSE DIZZINESS

TAKING MORE OF THIS MEDICATION THAN RECOMMENDED MAY CAUSE SERIOUS BREATHING PROBLEMS

DO NOT DRINK ALCOHOLIC BEVERAGES WHEN TAKING THIS MEDICATION

---

RITE AID PHARMACY # 814  (302) 655-7
801 MARKET STREET  Store DEA: AR148
  RPH:
WILMINGTON DE 19801

**Rx 00814 0243583**  Date Filled: 08/30/2

**GREEN, DANIEL S**
Date of Birth:  05/12/1969  (302) 421-8
921 BENNETT ST
WILMINGTON DE 19801

**CARISOPRODOL 350 MG TABLET**  DAV
NDC: 53489-0110-01  QTY: 30  DAYS SUPPLY

**DOMINGO C SINGSON MD**
1021 GILPIN AVE STE 104
WILMINGTON DE 19806

**NO REFILLS LEFT**

**MEDICAID CARD STATE OF DELAWARE DIV OF SO**
  GRP:        CLM REF #: 432007242325876

U&C :    $24.99

PAY :    $0.50

**MEDICATION WARNINGS**

MAY CAUSE DROWSINESS. ALCOHOL MAY INTENSIFY THIS EFFECT. USE CARE WHEN OPERATING A CAR OR DANGEROUS MACHINES

DO NOT DRINK ALCOHOLIC BEVERAGES WHEN TAKING THIS MEDICATION

OBTAIN MEDICAL ADVICE BEFORE TAKING NON-PRESCRIPTION DRUGS AS SOME MAY AFFECT THE ACTION OF THIS MEDICATION

Daniel S. Green
604 Bennett Street
Wilm. Del. 19801

To: U.S. District courthouse
844 King Street
Wilm. Del. 19801
Lock Box 18

FIRST-CLASS

WILMINGTON DE 197
05 SEP 2007 PM 3 L

USA First-Class