In The United States District Court
For The District of Delaware

Daniel S. Green ) C.A. NO# 04-027
vs ) C.A. No# 05-549
First Correctional Medical, LLC )
& chasels et. )

Reason: more Time for expert, evidents.

Your honor, I have already sent some evidents from Dr. Singsong showing and stating I have Nerve damage, As well as on top of that carpal tunnel Syndrome, because of the Nerve Damage. I have to see Dr. Kahlon Specilist 731-2888 and would like some more time on this so I can send In the specilist report as well.

Respectfully
Daniel S. Green

Date 11-23-07

921 Bennett Street
Wilm. Del. 19801

FILED
NOV 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

certificate of service

One True copy has been sent to each Defendant by first class mail

Date 11-23-07

[signature]

**Singson Medical Group**

1021 Gilpin Avenue Suite 104
Wilmington DE 19806
P : 302-421-8282

Dr. _Kahlon_
(name of specialist)

Specialty _Ortho_

Tel No. _731 - 2888_

Problem / Diagnosis _Carpal Tunnel Syndrome_

Call us at 302-421-8282 **at least 5 days** prior to your appointment with the specialist to get **AUTHORIZATION** from your insurance carrier. All insurance companies **do not** accept BACKDATED AUTHORIZATIONS & referral

Mr./ Ms. _Daniel Green_
Has an appointment on
☐ Monday   ☐ Tuesday   ☒ Wednesday
☐ Thursday   ☐ Friday
Date _DEC 26, 2007_ At _1:45_ am/**pm**

☒ Domingo Singson, M.D.
☐ Remedios Abad, M.D.
☐ Theam Leng Tay, M.D.
☐ Jose Castro, M.D.
☐ Marcia Castro, M.D.

If unable to keep this appointment, kindly give 24 hours notice.

Daniel S. Green
921 Bennett street
wilmington Del. 19801

WILMINGTON DE 197
23 NOV 2007PM 3 T

U.S. Courthouse
844 King Street
Wilmington Del. 19801
Lock Box 18