**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

January 07, 2008

New Castle County-Civil Division

The Honorable Mary Pat Thynge
U.S. District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

     Re:   *Green v. Charles, et al.*
            C.A. No. 05-549 (***)

Dear Judge Thynge:

     This status letter is provided to the Court pursuant to the requirements of the scheduling order entered on July 26, 2007 in the above-captioned case. (D.I. 36). The case is currently in discovery with little activity and no substantial changes. There is a pending motion for extension of time to file an expert report filed by Plaintiff. (D.I. 38). However, it appears that request may only be applicable to a sister case filed by Plaintiff, 04-027. I note that the scheduling order in that matter has been extended pursuant to Plaintiff's request.

     The discovery deadline in this case is February 28, 2008 with dispositive motions due on March 31, 2008. Counsel would expect to serve limited interrogatories and request for production on Plaintiff shortly. Defendants would then depose Plaintiff prior to the discovery deadline. At this point, defense counsel anticipates filing a case dispositive motion at the completion of discovery. A trial date has not yet been scheduled for this action.

  I remain available at the Court's convenience should anything further be required.

                     Respectfully submitted,

/s/ Stacey Xarhoulakos

Deputy Attorney General

cc: Plaintiff