"Emergency Letter To the court.

In THE United States District court For The State of Delaware

FILED
FEB 27 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

Daniel S. Green
　　v.
First correctional medical, LLC
　　v.
Charels et.

C.A.# 04-027
C.A.# 05-549

To: Notifile the court that I, Daniel S. Green is at the Howard R. Young Institution, and unable to get to my paper work do to the wilmington police Dept. trashing my legal work.

Your honor,
1.) I, know this is a unuseal request. Do to reason out of my conrol, If the court or clerk could notifile the Defendant C.A.# 05-549 about my new address and s.titutation And CA# 04-027

2.) I would also like to know what is going on with C.A.# 04-027, that they no longer have Councal representting First correctional medical, LLC.

3.) To let the court know I am here on a violation of probation, my charge was 30days level 5 or 1year level 2. I took level 2. I should or most likly only set 30 day, your honor. for the violation out of family court.

4.) If the court will or could notifile the defendant, I would be much honored, do to not having any of my paper work for the correct information and my sitotation.

5.) with much respect to the court thankyou

6.) wihning Police officer Did this on 2-22-08 at 11:00 - 11:48 Pm when i was picke up on 3rd and Lombard st,

Respectfully

Date 2-24-08

Daniel S. Green F32007
1301 E. 12th st.
wilm, Del, 19809
Pod L, cell 19

Daniel S. Green II 320086
1301 E. 12th St.
Wilm, Del, 19009
cell 9 L Pod

U.S. CourtHouse
844 King street
Wilmington Delaware 19901
Lock Box 18

Legal work

Legal work