# EXHIBIT B



JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

February 22, 2008

Daniel Green
921 Bennett St.
Wilmington, DE 19801

RE: *Green v. Charles, et al.*
05-549 SLR

Dear Mr. Green:

This is my second letter request to you for available dates for your deposition in the above-captioned case. The defendants have a right to take your deposition to discover information necessary to defend the case pursuant to Federal Rules of Civil Procedure 26 and 30.

Please call me at the Department of Justice (577-8400) to arrange a time convenient for both parties. If you would prefer, you may write back and provide me with dates that you are available in early March. Correspondence can be sent to my attention at the New Castle County address listed above, 6th floor.

If you do not contact me to coordinate dates for your deposition, I will schedule and notice the deposition on a date of my choosing.

Thank you for your cooperation in this matter.

Sincerely,

Stacey Xarhoulakos
Deputy Attorney General