In The United States District CourtHouse
For The District of Delaware

Daniel S. Green )
v. ( C.A. # 05-549-SLR
Charies et. al. )

motion For Disovery
of Log Books and
video Tapes and
medical records



Dear: Judge Robinson

I, Daniel S. Green's motion for discovery that I sent in before or around the middle of 2005, and when recieved, I never got all of discovery, and no reason why. I then wrote back to Judge Kent A. Jordan, stating I never recieved all of my discovery. The defendants sent another basicly the same with little difference, and not what I was asking for, this was on case 04-027-SLR which is a related insodant to this case 05-549-SLR.

This is why I need this discovery of facts, which will prove I was assualted by defendents, I have talked about videos all in my briefs. It is also (D.O.C) policy to video all codes and to be taken to infirmary before being sent to isolation where I spent a month with no medical treatment. And where I was brought from the infirmary back to isolation back to infirmary (20) min. later where I was submitted for Seven days being pumped full of antiinflamedtories Ibprofine on Second assualt with Lt. williams and col. Donelli.

1.) I need all log books from Dates January 5th 2005 through the 12th of 2005 from the infirmary.

2.) I need Log books from one (B) pod on January 5th 2005

3.) I need Log books from one (F) pod on January 5th 2005

4.) I need all medical carts where nurses check off when medication was given, and all medical reports and notes that were taken and written

5.) I need Video tape from August 28, 2004 when (Q.R.T.) Quick response team video movement of I, Daniel S. Green from two (Y) pod to infirmary to one (E) pod isolation.

6.) I need video tape taken of my hands in the infirmary by L.t. Sabato on January 5th, 2005 during the time I was submitted for seven day in the infirmary.

   Therefore; I, Daniel S. Green ask the honorable court to "Grant" Discovery motion, for it is important events in this case and well prove case.

                                    Respectfully
                                    Daniel S. Green #320086
Date: 3-11-08                       1301 E. 12th st. H.R.Y.C.I
                                    Wilm, Del, 19809

Certificate of Service

One True copy sent to Stacey Xarhoulakos at 820 N. French St. Sent by First class mail postage paid

Date: 3-10-08

Daniel S. [illegible] #320086
1301 E. 12th St. H.R.Y.C.I
Wilm. Del. 19809

Daniel S. Green #320086
1301 E. 12th St. Wilm. Del.
19809

Legal mail

To: U.S. Courthouse
844 King St.
Lock Box 18
Wilm. Del. 19801

U.S.M.S.
X-RAY

Legal mail