

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

March 18, 2008

Daniel Green
SBI # 320086
Howard R. Young Correctional Institution
P.O Box 9561
Wilmington, DE 19809

              RE:   *Green v. Charles, et al.*
                     **05-549 SLR**

Dear Mr. Green:

      I am writing in response to your recent letter to the Court regarding discovery. (D.I. 44). The Court does not generally manage or respond to discovery. Discovery requests and responses are handled by the parties pursuant to the Federal Rules of Civil Procedure. The defendants have not received any discovery requests from you and the docket does not indicate that any requests have been filed.

      Please also be advised that you have two different cases, and they are not consolidated. The defendants in the above-captioned case only have access to information that you file in *this* case (05-549). If you filed discovery requests in any other litigation, the defendants in this case would not be responsible for responding to those requests, nor would they have access to the requests.

      I would also remind you that you have not responded to the discovery sent by defendants. The discovery requests were mailed to you on two different occasions: January 28, 2008 and March 10, 2008. You also have not responded to the defendants' three separate letters, dated February 5, February 22, and March 10, requesting your cooperation in scheduling a deposition date. Your failure to cooperate has already forced the defendants to request one extension to the scheduling order deadlines The defendants will not seek further extensions to the scheduling order, but will file a motion to compel and for sanctions against you if you continue to fail to cooperate with discovery.

      Please respond to the defendants' discovery requests and contact me immediately to schedule your deposition. Thank you for your cooperation in this matter.

                                    Sincerely,

                                    Stacey Xarhoulakos
                                    Deputy Attorney General