In The United States District CourtHouse
For The District of Delaware

Daniel S. Green  )  C.A.# 05-549-SLR
v  )  C.A.# 04-027-SLR
Charles et. al.  )
First correctional medical, LLC  )

Notice of Address Change

Dear! Judge Robinson,
I am writing and letting defendants also know that on the 21st of march, my address will be changed back to 921 Bennett street wilmington Delaware 19801. Thank you...

Respectfully
Daniel S. Green #320086
1301 E. 12th St. H.R.Y.C.I
wilm. Del. 19809

Date!

PS: That is the 21st of march 2008



FILED
MAR 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re scanned

P.S: I was moved to (D.C.C) Department of correctional center, on March 12, 2008. So if defendants have sent any legal mail from that Date out to me to 1301 E. 12th st., Please could you Send another to the new address that I sent In with this, Thankyou...

Date:

Respectfully,
Daniel S. ___
1181 Paddock Rd.
Smyrna Del. 19977
D.C.C

Certificate of Service

One True cope sent to Daniel L. mckenty at 800 Delaware Ave. Suit 200 wilm. Del. 19899 P.O. Box 128. And one True copy sent to Stacy Xarhoulakos at 820 North French St. 6Fl. wilm. Del. 19801

Postage Paid first class mail

Date:

Daniel D. Stone #320036
1301 E. 12st H.R.Y.C.I
wilm. Del. 19809

From Daniel S. Groen,
To: Clark of
Office
Judge Robinson   04-027-SLR
                 05-549-SLR