## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL S. GREEN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   C.A. No. 05-549-SLR |
| | ) |
| | ) |
| RADCLIFF CHARLES, | ) |
| BRADFORD APA, LYLE BRYANT, | ) |
| HORACE DUGGINS, GARLAND | ) |
| WILLIAMS and Cpl. DANELLI | ) |
| | ) |
|     Defendants. | ) |

### Notice of Deposition

TO: Daniel Green
     921 Bennett Street
     Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the oral deposition of Plaintiff Daniel S. Green will be taken by Stacey X. Stewart, Deputy Attorney General, on Thursday, April 17, 2008 at 9:30 a.m. The deposition will take place at the Delaware Department of Justice; 820 North French Street, 6th Floor, Wilmington, Delaware 19801, and will be transcribed by a professional reporter.

                                            STATE OF DELAWARE
                                            DEPARTMENT OF JUSTICE

                                            /s/ Stacey X. Stewart
                                            Stacey X. Stewart, I.D. No. 4667
                                            Deputy Attorney General
                                            820 North French Street, 6th Floor
                                            Wilmington, DE 19801
                                            (302) 577-8400
                                            stacey.stewart@state.de.us
                                            Attorney for Defendants Apa, Bryant,
                                            Duggins & Williams

Dated: April 9, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2008, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on April 9, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:

Daniel Green
921 Bennett Street
Wilmington, DE 19801

/s/ Stacey X. Stewart
Stacey X. Stewart, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.stewart@state.de.us
Attorney for Defendants