**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

April 21, 2008

New Castle County-Civil Division

The Honorable Sue L. Robinson
U.S. District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

        Re:    *Green v. Charles, et al.*
               **C.A. No. 05-549 (SLR)**

Dear Judge Robinson:

      The plaintiff, Daniel Green, was deposed in the above-captioned case on April 17, 2008. At such time, the plaintiff indicated that he needs additional time to respond to the defendants' written discovery requests. (D.I. 40, 41). Thus, the parties agreed to an extension of the scheduling order deadlines. Enclosed please find a Stipulated Amended Scheduling Order executed by the parties and submitted for the Court's consideration.

      As always, I remain available to the Court should anything further be required.

                            Respectfully submitted,

                            */s/ Stacey X. Stewart*

                            Deputy Attorney General, I.D. #4667

Enclosure
cc:     Plaintiff Daniel Green (via First Class Mail)