IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL S. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-549-SLR |
| | ) | |
| RADCLIFF CHARLES, BRADFORD APA, LYLE BRYANT, HORACE DUGGINS, GARLAND WILLIAMS and Cpl. DANELLI | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATED AMENDED SCHEDULING ORDER

Whereas Plaintiff Daniel S. Green's deposition was taken on April 17, 2008 and Plaintiff Daniel S. Green has not yet responded to the Defendants' discovery requests, the parties agree that amendments to the existing scheduling order are necessary, the parties hereby stipulate, subject to the order of this Court, to the following deadlines:

Discovery due by **Monday, June 30, 2008**.

Case dispositive motions shall be served and filed on or before **Thursday, July 31, 2008**.

_____
Daniel S. Green
*Pro* Se, Plaintiff
921 Bennett Street
Wilmington, DE 19801

_____
Stacey X. Stewart, I.D. No. 4667
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.stewart@state.de.us
Attorney for Defendants Apa, Bryant, Duggins & Williams