# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL S. GREEN, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>RADCLIFF CHARLES, )<br>BRADFORD APA, LYLE BRYANT, )<br>HORACE DUGGINS, GARLAND )<br>WILLIAMS and Cpl. DANELLI )<br>)<br>      Defendants. ) | C.A. No. 05-549-SLR |

## NOTICE AND CERTIFICATE OF SERVICE
## OF DISCOVERY DOCUMENTS

I, Stacey Stewart, Deputy Attorney General, hereby certify that on May 7, 2008,

Discovery documents: *Medical Records* Bates-Stamped D000001 through D000138

were filed under Seal and sent by First Class Mail to:

Daniel Green
921 Bennett Street
Wilmington, DE 19801

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Stacey X. Stewart _____
Stacey X. Stewart, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.stewart@state.de.us