## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL S. GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-549-SLR |
| | ) |
| | ) |
| RADCLIFF CHARLES, | ) |
| BRADFORD APA, LYLE BRYANT, | ) |
| HORACE DUGGINS, GARLAND | ) |
| WILLIAMS and Cpl. DANELLI | ) |
| | ) |
| Defendants. | ) |

### NOTICE AND CERTIFICATE OF SERVICE
### OF DISCOVERY DOCUMENTS

I, Stacey Stewart, Deputy Attorney General, hereby certify that on May 7, 2008, Discovery documents: *Logbooks* Bates-Stamped D000139 through D000218 were filed under Seal and sent by First Class Mail to:

Daniel Green
921 Bennett Street
Wilmington, DE 19801

 

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Stacey X. Stewart _____
Stacey X. Stewart, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.stewart@state.de.us