# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL S. GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-549-SLR |
| | ) |
| | ) |
| RADCLIFF CHARLES, | ) |
| BRADFORD APA, LYLE BRYANT, | ) |
| HORACE DUGGINS, GARLAND | ) |
| WILLIAMS and Cpl. DANELLI | ) |
| | ) |
| Defendants. | ) |

## NOTICE AND CERTIFICATE OF SERVICE
## OF DISCOVERY DOCUMENTS

I, Stacey Stewart, Deputy Attorney General, hereby certify that on May 7, 2008,

Discovery documents: DVD *Bates-Stamped* D000219 (Dated: August 23, 2004 &

January 24, 2005) was filed under Seal and sent by First Class Mail to:


Daniel Green
921 Bennett Street
Wilmington, DE 19801


**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Stacey X. Stewart _____
Stacey X. Stewart, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.stewart@state.de.us