

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

May 8, 2008

Daniel Green
921 Bennett St.
Wilmington, DE 19801

RE:   *Green v. Charles, et al.*
      05-549 SLR

Dear Mr. Green:

Enclosed please find responses to the discovery requests that you directed to the Court in the above-captioned case. (D.I. 44). A copy of your letter requesting discovery from the Court is also enclosed. As we discussed when you were deposed, defendants are responding to these requests as a courtesy even though they were directed to the Court and not to the defendants.

Enclosed you will find a copy of your medical records from the Department of Correction bate stamped D00001-D00138 and the requested logbook pages bate stamped D00139-D00218. Enclosed you will also find a DVD. This DVD contains the video footage from both August 23, 2004 and January 24, 2005 and is bate stamped D00219.

Sincerely,

Stacey X. Stewart
Deputy Attorney General

Enclosures