**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

DANIEL S. GREEN,

Plaintiff,

v. C.A. No. 05-549-SLR

RADCLIFF CHARLES,
BRADFORD APA, LYLE BRYANT,
HORACE DUGGINS, GARLAND
WILLIAMS and Cpl. DANELLI

Defendants.

**PART I**
**BATES-STAMPED D000139 THROUGH D000179**
**REDACTED COPY OF DOCUMENTS FILED UNDER SEAL [D.I.#52]**
**LOGBOOKS FROM PODS 1A & B, IF & THE INFIRMARY**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us



1A&B
RECORD
1A&B Logbook
start:
11-17-04

TUES

(CONT) 3rd Shift 1600-2400 1-4-05 TUES.

2017 * CODE GREEN STATUS *

2019 1A & B out for rec.

2020 Nurse Roberts departs.

2100 S/C conducted 1B. c/o Davies.

2105 S/C, A/S. 1B.

2106 S/C conducted 1A. c/o Currington

2110 S/C, A/S, 1A.

2317 CODE GREEN L.E.

2230 H/C conducted

1A- 40T, 40P, Ø out K/C-7

1B- 40T, 40P, Ø out K/C-10

2232 Security team in area

2303 Security team depart.

2304 P/C N/F of H/C, Sgt. French.

0001 12X8 Relieves AFTER H/C ... and briefing

E.O.S.

1-4-05 / * / French. / Davies / US * / urrington. / 7 utensils) / & 7 utensils) / c/o Davies / S * / nch. / Meds / arkey, C. / Wm. / ello, J. / gentiz, A. / ett, A. / D. / K. / S. / J. / S. / J. / R. / A.

1ST SHIFT 2400 to 0800 1/5/04 - Wednesday

0105 C/O Ivy made s/c A/s

0112 C/o Bahadur notified P/c A/s

0207 C/o Ivy made S/c A/s

0210 C/o Bahadur notified P/C A/s

0215 CPL Daniels in the area for S/C A/s

0253 C/o Ivy made S/c A/s

0259 C/o Bahadur notified P/C A/s



234

1ST SHIFT 2400 x 0800 01/5/05.

0330 Lt Chutzik in the area for sl c A/S
0330 c/o Ivy made H/C A/S
0345 Code Red
0348 c/o Bahadur notified P/C of H/c
1A: 40T/40P 1B 40T/40P.
0408 Code Green
0448 c/o Ivy made sl c A/S
0502 c/o Bahadur notified P/C A/S
0600 c/o Ivy made sl c A/S
0617 c/o Bahadur notified P/C A/S
0635 Code Red
0647 c/o Ivy made sl c a H/C A/S
0656 c/o Bahadur notified P/c of H/c
I 1A: 40T/39P. 1B 40T/38P.
0711 Code Green.
c/o Bahadur relieved by 8x4 after H/c & K/c
RA.K sealed and briefing
T.O.S (FP)

2ND SHIFT 0800 X 1600 05 Jan 05 WED
0750 C/O Kinloch + C/O Daniels in Area for Duty relieves C/O Bahadur After H/C & K/C and Briefing

1A 40T 39P 1CT. 9 Keys

1B 40 38 2OTS. 10 Keys

FOODCARTS in Area With 7 Heads
0800 CODE RED
0805 N/F P/C SGT Wilson of H/C & K/C
0807 C/O Daniels out for QRT GEAR
0820 NO GED CLASSES TODAY
0821 CODE Green

(CONT)
0839
0850
0853
0900
0915
094
094
091

D000142



01/5/08

(CONT.) 2 SHIFT 0800X 1600 05 JaN05 WED.

0839 BREAKFAST BEGINS
0850 BREAKFAST COMPLETED
0853 C/O KINLOCH CONDUCTS W/BS & S/C
ON 1A POD
0900 C/O KINLOCH COMPLETES W/BS
A/S
0915 MEDICATION CALLED

1A                              1B

0941 LAW 11B
                    1001 Rel. 1B
          1016 [redacted]

0953 DR. Joshi in Area to see
AND
IU TO See DR. Joshi
0913 LE C/O Daniels CONDUCTS W/BS &



236
(CONT) 2ND SHIFT 0800X 1600 05 Jan 05
0913 4 CK on 1B POD.
0930 L.E. C/O Daniels completes W/B's + security CK ON 1B POD A/S
1005 SICKCALL
1010 C/O KINLOCH CONDUCTS security CK. 1015
1017 for Visit
1020 Per P/C SGT Wilson
1D-5
1D-2
1025 C/O Daniels CONDUCTS security CK ON 1B POD. 1035 completes
1036 Mental Health in Area TO SEE I/m Green.
1039 SGT Kennedy in Area P/U MODE SHeet + CONDUCTS security CK.
1040 returns TO Area
1048 Nurse returns with MEDS
1135 CODE RED.
1136 N/F P/C SGT Wilson of the
1A
40T
39 Present
1 O.
1B
38T
38 Present
O OUT.
CODE Green
FOODCART IN Area with Utensils
Lunch BEGINS.
LT. Queener in Area.



05 Jan 05 WED (Cont) 2ND SHIFT 0800X1600 05JAN05 WED.

1230 [redacted] OUT TO VISIT 1240 Ret. [redacted] IN House transfer TO 1B-6

1300 I/m Returns from CT ([redacted]).

1309 PER P/C SGT Wilson [redacted] ADD 39 TOTAL.

1344 Unit 12 C/O JOHNSON, P. LEFT Area with [redacted] Belongings 1 T.V. 1 HeadPhone 1 CORD, Instructed by SGT Kennedy.

1425 Lt. Sheets in Area CONDUCTING Security CKS.

1448 I.E. Per P/C SGT Wilson [redacted] ADD TO H/C 1B POD 40T.

1500 CODE RED

1502 N/F P/C SGT Wilson OF H/C K/C AS Follows:

1A - 40T 40P ØOUT 7 Keys
1B - 40T 40P ØOUT. 10 Keys

1515 CODE Green

(Left page, partially visible:) ...tes, W/B's ... AS ... urity CK. 1015 Visit ... 1D-5 1D-2 ... security ... completes ... TO SEE ... P/U MODE ... rity CK. ... Area [redacted] ... H/C ... ent ... ith Tutenbi...

1600 - 2400   Wed   01/05/05

| | | |
|---|---|---|
| 1535 | SGT E Teel (OT) on duty relieving 8-4 | 2030 |
| | after Hlc, Klc and briefing   A/s | 2035 |
| | C/o Hackett on 1B pod #4 man on team | |
| 1610 | Hlc to Sgt French | 2047 |
| | 1A 40 total 40 present Klc 7 | 2055 |
| | 1B 40 total 40 present Klc 10 | 2115 |
| 1615 | C/o Hackett conducts WLB' on 1B | |
| 1605 | SGT Teel conducts W/D on 1A | 2130 |
| 1630 | Nurse Sara in area getting S/c slips | 2135 |
| 1620 | Code Green | 2140 |
| 1655 | food carts arrive 7/7 utensils | 2145 |
| 1710 | chow started on 1A | 2150 |
| 1730 | chow complete | 2245 |
| 1732 | Lt Senato in area | 2301 |
| 1736 | Code 4  2H  10-1 1740 | |
| 1744 | Mental Health in to see ▓▓▓▓▓ | |
| 1755 | Security team in area cell 15,17,19 | 2312 |
| 1815 | Security team departs rec started | |
| 1835 | SGT Teel conducts S/c on 1A  A/s | |
| 1845 | C/o Hackett conducts S/c on 1B  A/s | |
| 1915 | Nurse in area ▓▓▓▓▓▓▓▓▓▓ | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 2350 |
| | ▓▓▓▓▓▓ D. Green ▓▓▓ | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 2400 |
| | | 0006 |
| 1940 | lock in for count Laundry passed out 1A | 0018 |
| 2000 | Code Red | 0053 |
| | Hlc 1A 40/40 Klc 7 | 0056 |
| | 1B 40/40 Klc 10 | 0059 |
| | Hlc SGT French | 0138 |
| 2011 | Code Green | |

over ➝

D000146



1600-2400 Wed 01-05-05

2030 1A 15 Stokes D to S/c

2035 Maintenance Cpl Nagle and Bray in 1A to fix leak on 1A-9 and loose table

2047 1A 14 [redacted] to B/R c/o Hambright

2055 SGT Defoe in area —

2115 Maint departs area - 1A out for rec - [redacted] returns from S/c

2130 [redacted] returns from B/R

2135 Nurse Sara in to check [redacted]

2140 SGT Teel conducts S/c on 1A

2145 Lt Senato in area

2150 S/c on 1A by Lt Senato + SGT Teel

2245 lock in for count Picture flesh count both sides

2301 1A 40 total 40 present K/c 7
1B 40 total 40 present K/c 10
SGT French P/c verified

2312 Code GREEN

Relieved by 12-8 after H/c K/c and briefing A/s

EOS

1ST SHIFT - 12 x 8 THurs - 01-06-05

2350 C/O MINNITI ON DUTY
H/C 1A 40-T/P 7 K/C
1B 40-T/P 10 K/C

2400 CODE RED

0006 NPC OF H/C, K/C, FAK-SEALED - (HARRIFORD c/o)

0018 CODE GREEN

0053 C/O BROWN IN AREA S/C WB

0056 NPC S/C - A/S (HARRIFORD)

0059 E/Crew Worker IN AREA TO CLEAN SHOWERS

0138 C/O BROWN - SECURITY CHECK WB

0145 NPC - S/c is A/s



1F
1Fox
TROT
1Fox 1Fox Trot
F RECORD F
1F
Pad

D000148



120

3rd shift 1600-2400 1/4/05 -TUE-

| | |
|---|---|
| 2043 | C/o Ritter conducts s/c 1F 10-1 |
| 2130 | C/o Ritter collects Trash 1F |
| 2210 | C/o Ritter conducts s/c 1F 10-4 |
| 2235 | C/o Ritter conducts Pic/Flesh count 1F 20T ∅P |
| 2300 | CODE RED ∅∅∅ |
| 2301 | C/o Ritter N/F P/C (SST French) of H/C ∅K/C |
| | 1E 39T 39P ∅ out K/C 10 |
| | 1F 20T 20P ∅ out K/C 13 |
| 2316 | CODE GREEN ∅∅∅ |
| 2330 | C/o Ritter departs To Front Lobby |

~~2400~~ 0800/1600 2nd shift Wed., Jan. 05, 2005

| | |
|---|---|
| 0800 | Cpl. Chappel (O.T.) arrived for duty. |
| 0800 | Code Red |
| 0807 | Notified P/c Sgt. Wilson of the H/c on 1E/F as follows: |
| | 1E: 39T, 37P, 2 out (ct), 10 H/c |
| | 1F: 20T/P, 13 H/c, 1 capstun, 1 cutter, & (1) pair of scissors |
| 0815 | Chow began on 1F. Delayed entry. At approximately 0800 hours, [redacted]) began his rec. time. |
| 0845 | Chow was complete on 1F pod with the assistance of C/o Savage. |
| 0900 | Rec. time was complete for [redacted] |
| 0901 | Rec. time ~~was~~ began for [redacted] (#6). |
| 0923 | Dr. Joshi, mental health, entered to see [redacted] [redacted] |
| 0925 | Sgt. Kennedy entered the area |
| 0935 | Sgt. Kennedy departed. Nurse Grimes entered to give the following inmates medication: |
| | 1E [redacted] [redacted] |

0800-1600 2nd shift Wed, Jan. 05, 2005

(cont'd) [redacted]

1010 Nurse Grimes departed. [redacted] rec time was complete. Rec. time began for [redacted]

1023 Counselor Pettyjohn entered to interview I/m [redacted] from Dorm IV.

1100 Counselor Pettyjohn departed.

1115 Rem time was complete for [redacted]. Rec. time began for [redacted].

1135 Code Red

1137 Notified P/c Sgt. Wilson of the H/c on 1E/F as follows:
1E: 39T, 37P, 2out (1 ct; 1 B/e)
1F: 20T/P

1155 Code Green
Chow began on 1F pod.

1215 Rec. time was complete for [redacted] (19). Rec. time began for [redacted].

1315 Rectime was complete for [redacted] (#3).

1325 Rec. time began for [redacted].

1400 Cpl. Chappel completed a S/K. A/s at this time.

1430 Rec. time was complete for [redacted]. Rec time began for [redacted]

1500 Code Red

1501 Notified P/c Sgt. Wilson of the H/c on 1E/F as follows:
1E: 39T/P, 10 K/c
1F: 20T/P, 13 K/c, 1 capstun, 1 cutter, 1 pair of scissors.
F.A.K. was secure.

0800-1600 2nd shift Wed., Jan. 05, 2005

1515 Code Green [redacted] rec

1520 [redacted]

time was complete.

1535 Cpl. Chappel (O.T.) relieved by 4x12 staff after H/C, K/C, and briefing.

E.O.S.

Wednesday, January 5, 2005 1600X2400

1542 C/O Johnson, C in area for duty on 1F after proper briefing on H/C, K/C & inventory check received from C/O Hargrove

1F 20T 20P K/C 13

F.A.K sealed & secured, SOP Present, 2 shackles, 2 handcuffs, 1 capstun, 1 cutter, 1 scissor, extra battery battery charger Radio #5

1600 Code Red

1609 P/C N/F of H/C; Sgt. French

1614 C/O Johnson, C passes out mail on 1F

1620 Code Green

1629 Maintenance in area to fix tiles in 15 & 16

1630 Security Team in area; Nurse Roberts in area to give Insulin to [redacted]

1656 Food carts in area

1702 Security Team departs area

1705 Chow served on 1F by C/O Johnson & C/O Mack

1710 Code 4 10

1713 Code 4 10 is upgraded to a Code 8

1716 Code 4 & Code 8 10 is 10-1

1735 Code 4 2H

1740 Code 4 2H is 10-1

1742 chow complete on 1F

1809 Sgt. Dufore in area

cont. 1835, 1838, 1907, 1932, 1933, 1935, 1940, 2000, 2002, 2014, 2018, 2026, 2035, 2035, 2048, 2052, 2055, notes, 2116, 2135, 2147, 2212, 2235, 2238, 2300, 2302

an. 05, 2005

, Sean rec

4x12 staff

0X2400

on 1F after

ntory check

2 shackles,

our, extra battery

T/

in 1581/8

Roberts in area

c/o Mack

: 8

cont. Wednesday, January 5, 2005 1600X2400

1825 Rec begins for cell #2

1838 c/o Johnson, C collects trash on 1F

1907 C/o Johnson, C conducts S/C; 10-1

1912 C/o Johnson conducts H/C on 1F

1F 20 T 20 P K/C 13

1922 Rec complete for cell #2

1935 Rec begins for cell #5

1940 Maintenance in area

2000 Code Red

2002 P/C N/F of H/C; Sgt. French

2014 Code Green

2018 Maintenance out of area

2026 c/o Johnson, C conducts S/C; 10-1

2035 Rec complete for cell #5

2035 Rec begins for cell #4

2048 c/o Johnson, C conducts S/C; 10-1

2052 Sgt. Defoe in area

2053 Nurse Roberts in area for medication

[redacted]

note: Per Maintenance do not use cells #15 + 18 because new Tile was put in both cells and it needs to dry.

2116 C/o Johnson conducts S/C; 10-1

2135 Rec begins for cell #11 + 14

2147 c/o Johnson, C conducts S/C; 10-1

2212 C/o Johnson, C conducts S/C; 10-1

2235 Rec complete for cells #11+14

2238 c/o Johnson, C conducts Picture/Flash H/C on 1F

1F 20 T 20 P K/C 13

2300 Code Red

2302 P/C N/F of H/C; Sgt. French



124

cont. Wednesday, December 5, 2005 16:00x24

2311 Code Green

23 C/O Johnson, C reports to Front Lobby for duty

F.O.S.

2ND SHIFT 0800-1600 HRS 1/6/05 THURSDAY

0750 C/pl Cumberbatch in the area on duty to relieve C/O Ivy. Conducted H/C, K/C and was correct.

1E: 38 / 38 / Keys 10 — 1F: 20 / 19 / Duty 1 — C/. / Keys 14

C/O Ivy departs the area.

0800 Code Red

0800 [redacted] out for rec.

0812 Notified P/C Sgt Cpl McMillan of H/c + E/c.

0819 Code Green

food cart in the area w/ serving utensils.

0900 Rec complete for 1F 17.

0918 Breakfast complete on 1F pod.

0925 Rec begins for 1F16 [redacted] and [redacted]

0945 Cpl Cumberbatch conducts H/c A/s.

0947 Nurse L Grimes in the area with medication for the following [redacted]

1023 Cpl Parker in the area.

1025 Rec completed for 1F 16.

1030 Cpl Cumberbatch conducts H/c A/s

1035 Rec begins for [redacted].

1045 Cpl Gressner in the area.

1049 Mr Johnson (Ed. Dept) in the area to see [redacted]

1100 Cpl Cumberbatch conducts H/c. A/s.

1130 Cpl Cumberbatch conducts H/c A/s.



Infirmary

Open November 23, 2004
@ 0123

RECORD

D000154

2001 Notified P/C of Above H/C & Sgt French
2019 Code Green
2030 % Carlock Conducts S/C
2050 % Carlock Conducts S/C
2114 % Blue Conducts S/C
2143 % Carlock Conducts S/C
2208 % Carlock Conducts S/C
2230 I/M Worker Departs
2240 % Blue Conducts S/C & H/C - Total - 16 H/C - 16
Out - 0
Pres - 16
2300 Code Red - % Carlock Conducts S/C
2302 Notified P/C of Above H/C & K/C - Sgt French
2317 Code Green
2331 % Conducts S/C
2333 Add [redacted] To 197 From B/R - C17
2340 [redacted] Area
2353 4x12 Relieved By 12x8 After H/C K/C & Briefing
E.O.S [signature]

1st Shift 2400x 0800 01-05-2005 Weds.
Note All checks by c/o Schrack unless Noted
2355 c/o Schrack Relieved c/o Blue and c/o Carlock 17 T/P 10 keys All Equip Counted and checked, Properly Briefed
2400 CODE RED
0001 Count called into primary 17 T/P 2 Fire Bottles charged 1 FAK sealed 10 keys verified by Porter
0006 c/o Wy in Area Nurse Administered Meds to [redacted], [redacted], and did vitals on [redacted]
0021 CODE GREEN
0023 Sec ck c/w.
0033 [redacted] Count 18 T/P

1st Shift 2400 x 0800 01-05-2005 Weds.

0038 Sec CK c/w.
0045 C/o Young in Area, [redacted] in Area 206.
0053 Sec CK c/w.
0104 Hourly Sec CK c/w Verified by Porter.
0121 Sec CK c/w
0136 Sec CK c/w.
0151 Sec CK c/w.
0206 Hourly Sec CK c/w Verified by Porter.
0216 Nurse did Vitals on [redacted]
~~0221~~ Sec CK c/w. @ 0221
0231 Cpl Daniels in Area, Lt. Chudzik in Area Sec/Safety CK.
0245 Sec/CK c/w.
0302 Hourly Sec CK c/w Verified by Porter.
0317 Sec CK c/w.
0332 Sec CK c/w, Count Accomplished 18 T/P
0345 CODE RED
Count called into Primary 18T/P Verified by Porter
0346 C/O Wy D/O Court Sheet and Vitals on [redacted]
0347 Sec CK c/w.
0400 Woke [redacted] [redacted] For Court.
0402 Sec CK c/w
0408 CODE GREEN
0411 Cpl Harriford in Area-out @ 0419
0417 Sec CK c/w.
~~0422~~ Sec CK c/w. @ 0422
0440 Sec CK c/w. @ 0437 Notified Prim of Dead Bal
0452 Sec CK c/w.
0506 Hourly Sec CK c/w Verified by Porter
0516 C/o Wy P/U [redacted] [redacted] For Court 18T 17P
0517 Woke [redacted] For Court.

B/R -C/T
Briefing
Weds.
less noted
and
All Equip
Briefed
17 T/P
seal/ed
1281
ministered
did Vitals
0291
Count 18T/P



1ST SHIFT 2400 X 0800 01.05.2005 Weds.

| | | Cont |
|---|---|---|
| 0521 | Sec CK c/w. | 0800 |
| 0534 | [redacted] out to Court, c/o Stromach & Ivy 18T 14P. | |
| 0536 | Sec CK c/w. | 0811 |
| 0551 | Sec CK c/w. | |
| 0606 | Hourly Sec CK c/w Verified by Porter Notified Primary of Dead Battery. | 0815 |
| 0610 | Nurse Administered Meds to [redacted]. | 0817 |
| 0621 | Sec CK c/w | 0822 |
| 0622 | Laundry WK IN. OUT @ 0622 | 0824 |
| 0637 | Sec CK c/w, Accomplished Count 18T 14P 4 out to Court. | |
| 0645 | CODE RED | |
| 0646 | Count called into Primary 18T 14P 4 out to Court Verified by Porter | 0825 0830 |
| 0651 | Sec CK c/w | 0835 |
| 0706 | Sec CK c/w | 0838 |
| 0711 | CODE GREEN | |
| 0721 | Sec CK c/w. | 0845 |
| 0736 | Sec CK c/w. | 0855 |
| 0750 | Sec CK c/w, Food Cart in Area. | 0900 |
| 0755 | c/o Schrack Relieved by c/o Talenti @ 0755 18T 14P 4 out to court, 10 keys and Equip Counted & Checked on coming officer Properly Briefed. | 0911 0915 0927 |
| | ///// EOS ////// | 0930 0936 |
| | 0800–1600 1-5-05 Inf. C/Os Talenti & A. Newman | |
| 0755 | C/Os Newman & Talenti in area for duty. HC & KC made, brief given. 12 X 8 C/O Schrack off duty. | 0941 |
| [illegible]0 | Code "Red" called. | 0945 |
| [illegible]0 | * Note: C/O Newman on floor & C/O Talenti does log. | 1000 1007 |

0600 1600 1-5-05 Ingram 239

5 Woods

cco out to 18T 14P.

ed by Porter

battery

22

count 18

18T 14P

by Porter

in Area.

Talenti @ 0755

Keys and

coming

Talenti & A Newman

area for

brief given.

floor & CO

Cont. C/O's Talenti & A Newman Wed.

0800 * Note: The PCO close watch Level checks will be done approx. every 15-min & logged as security checks.

0811 HC called in to PIC, Sgt. Wilson.
* Inf = 18 Total, 14 Present, 4 Out Court
* 14/C = 10 * Cutter & all equip acctd. for.

0815 Security Checks made.

0817 * C/O Newman does Bar/Windows.

0822 Code "Green" called.

0824 * Dr. Joshi (Psychiatrist) evaluates PCO Level Psych patients, Nurse Coleen (assigned 8x4 rear infi for feu) assists & C/O Newman escorts cell to cell.

0825 Food Cart Checked: Seven utensils

0830 Security Checks made.

0835 Nurse Colleen distributes morn. meds.

0838 * [redacted] ([redacted]) Rear Inf. in area for duty.

0845 Security Checks made.

0855 * Chow is served.

0900 Security Checks made.

0911 * Sgt. Kennedy in the area.

0915 Security Checks made.

0927 * Chow complete, trash collected.
— Seven utensils ~~receip~~ Returned.

0930 Security Checks made.

0936 Miss Moseley (Crim Just Center) in area & interview c [redacted], Ralph #206

0941 * ~~Shower & Cell Clean # 196~~ [redacted] ~~PCO 3 status, C/O~~ — No Hot Water at this time.

0945 Security Checks made.

1000 Security Checks made.

1007 * [redacted] to medium Inf = 13 Prec

240 0800 - 1600 1-5-05 Infirmary

| | | | |
|---|---|---|---|
| Cont. | C/O's Talenti + A. Newsman WED. | Cont. | |
| 1015 | Security Checks made. | 1415 | |
| 1030 | Security checks made. | 1427 | * |
| 1045 | Security checks made. | | |
| 1100 | Security Checks made. | | |
| 1113 | Miss Dunlap (PD. office rep) in area | 1430 | |
| | + interviews [redacted] cell, | 1442 | * |
| 1115 | Security checks made. | 1445 | |
| 1130 | Head Count + Secur. Chs. made. | 1500 | |
| 1135 | Code "Red" called. | | |
| 1135 | H/C called in to D/C, Sgt. Wilson, | 1506 | * |
| | * Inf = 18 Total, 13 Pres, 5 Out = 4 Court, 1 Med Run | 1508 | |
| | * Hold = (1) 2T worker [redacted] | 1510 | * |
| 1145 | Security Checks made. | | |
| 1155 | Code "Green" called, | | |
| 1200 | Security Checks made. | 1515 | |
| 1204 | * Lt. Sheets in the area. | 1530 | |
| 1214 | * Food Cart Checked 8 Seven servers. | 1530 | |
| 1215 | Security Checks made. | 1541 | |
| 1227 | * Chow is being served. | | |
| 1230 | Security checks made. | | |
| 1240 | * Chow complete, trash picked up, | 1545 | |
| 1246 | * Sgt Kennedy in the area. | | |
| 1250 | * Food Cart out - seven utensils Rtd. | | |
| 1255 | * No Hot Water - maint. notified by | | |
| | Lt. Sheets earlier - No showers | 1600 | |
| | given to PFO's. | 1630 | |
| 1300 | Security Checks made. | 1630 | |
| 1315 | Security Checks made. | 1633 | |
| 1330 | Security checks made. | 1703 | |
| 1342 | Nurse Colleen distributes afternoon meds | 1705 | |
| 1345 | Security Checks made. | 1712 | |
| 1400 | Security checks made. | 1 | |
| 1402 | PA Hernandez makes medical rounds | 1716 | |
| 1409 | * [redacted] Rtd. to 2T. | 1735 | |

Infirmary WED. | 0800 1600 1-5-05 Infirm. 241

Cont. CO's Talenti & A. Newman Wed.

1415 Security checks made.

1427 * CPL. Kearns in area & brings prosthetic leg for [redacted] cell, given to him by Kearns.

1430 Security checks made,

1442 * [redacted] Rtd. fr court. Inf = 14 Pres,

1445 Security checks made,

1500 Code "Red" HC & S/C's made. HC called into P/C, Sgt. Wilson.

1506 * Inf = 18 total, 14 Pres, 4 out - 3 court, 1 Med run

1508 Don from mental health does PCO interviews,

1510 * [redacted] bathroom & nurse Coleen inspected waste in toilet/grate, nothing found.

1515 Security checks made.

1530 Security checks made.

1530 Approx. Facility in Code "Green".

1541 The 4x12 shift relieved the 8x4 shift, brief given. 8x4 off. a salute

2nd Shift 1600x2400 01-05-05 Wed

1545 C/O Blue & Carlock Assumes Duties After H/C K/C & Briefing

TOTAL 18 K/C-10

OUT - 4

PRE - 14

1600 C/O Carlock Conducts S/C & Security Team in Area

1620 Code Green

1630 C/O Carlock Conducts S/C

1633 [redacted] In Area

1703 [redacted] Return

1705 C/O Carlock Conducts S/C

1712 Code 4 1D

1 Code 8 1D

1716 Code 8 & 4 10-1

1735 Code 4 2H

Left margin (partial, from facing page): p) in area / in [redacted] / made. / Wilson, / t - 4 court, - 1 Med run / n / vers. / ed up, / x. / ails Rtd. / stified by / owers / ternoon meds / e. / le. / dical rounds / to 2T.

| | |
|---|---|
| 3rd Shift          7600x240     01-05-03   wed | 1st |
| | NOTE |
| 1740 Code 4 16-1 | |
| 1742 Lt Scanlin, Sgt DEFEBO & CPL VARGAS IN AREA | 2355 |
| 1745 IN-HOUSE TRANSFERS ▓▓▓▓▓▓▓▓▓▓▓▓ | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 1750 TRANSFERS Depart (16) | 2400 |
| 1800 %o CARlock Conducts 5/c c/n QTR Rec 205, 204, 203, 202 | 0001 |
| 1815 l/m SLATTERY IN AREA | |
| 1833 %o Blue Conducts 5/c | |
| 1900 Rec Complete - ▓▓▓▓▓▓▓▓▓ | 0009 |
| 1901 %o CARlock Conducts 5/c | 0018 |
| 1909 NURSE JANET Conducting Med PASS | 0023 |
| 1932 %o CARlock Conducts 5/c | 0030 |
| 1950 %o CARlock Conducts 5/c & H/c- Total - 16   1-2T | 0038 |
|                          out - 0 | |
|                          Pres - 16 | 0053 |
| 2000 Code Red | 0106 |
| 2001 Notified %/c OF ABove H/c & Sgt French | 0123 |
| 2014 Code GReen | 0124 |
| 2018 %o CARlock Conducts 5/c | 0138 |
| 2046 %o Blue Conducts 5/c | 0153 |
| 2107 %o CARlock Conducts 5/c | 0208 |
| 2145 %o CARlock Conducts 5/c | 0214 |
| 2149 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ C 19 | 0224 |
| 2300 ▓▓▓▓▓ IN AREA | 0231 |
| 2215 %o Blue Conducts 5/c | 0239 |
| 2245 %o CARlock Conducts 5/c & H/c- Total - 19  K/c-18 | 0245 |
| 2300 Code Red              out - 0 | 0253 |
|                          Pres 17 | 0258 |
| 2300 Notified %/c OF ABove H/R & K/c - Sgt French | 0308 |
| 2305 %o CARlock Conducts 5/c | 0323 |
| 311 Code GReen | 0336 |
| 333 %o CARlock Conducts 5/c | |
| 332 4x12 Relieved By 12x8 AFTer H/c K/c & BRief | 0345 |
|      E. O. S.  ▓▓ | |

| | | 1ST SHIFT 2400 x 0800 01-06-2005 Thurs. |
|---|---|---|
| 01-05-05 Wed | | |
| | Note | All checks by c/o Schrack unless Noted |
| s IN AREA | 2355 | c/o Schrack Relieved c/o Blue and c/o |
| '8 2E-19 | | Carlock 17T/P 10 Keys All Equip Counted |
| 311 2F 17 | | and checked Properly Briefed. |
| | 2400 | CODE RED |
| 205, 204, 203, 202 | 0001 | Count called into Primary 17T/P 2 Fire |
| | | bottles charged 1 FAK Sealed 10 Keys |
| | | Verified by Harriford |
| | 0009 | c/o Brown in Area, P/u Mod Sheet, Paper WK, |
| | | Mail. |
| | 0018 | CODE GREEN |
| | 0023 | Sec CK c/w. |
| 1-2T | 0030 | [redacted] m [redacted] Added to |
| | | Count 18T 17P 1 out to 2F |
| | 0038 | Sec CK c/w. |
| | 0053 | Sec CK c/w. |
| | 0106 | Hourly Sec CK c/w Verified by Harriford. |
| | 0123 | Sec CK c/w. |
| | 0124 | [redacted] Area count 18T/P. |
| | 0138 | Sec CK c/w. |
| | 0153 | Sec CK c/w. |
| | 0208 | Hour Sec CK c/w Verified by Harriford. |
| C 17 | 0214 | Lt. Chudzik in Area Sec/Safety CK. |
| | 0224 | Sec CK c/w. |
| | 0231 | C/o Robinson in Area. |
| 17 K/C-18 | 0239 | Sec CK c/w. |
| 0 | 0245 | Capt Berggurn in Area. Sec/Safety CK. |
| 17 | 0253 | Sec CK c/w. |
| 7 French | 0258 | Hourly Sec CK c/w Verified by Harriford. |
| | 0308 | Sec CK c/w. |
| | 0323 | Sec CK c/w. Lt. Chudzik & Capt Berggurn o |
| | 0338 | Sec CK c/w Count Accomplished 18T/P |
| K/C & Brief | 0345 | CODE RED |
| | | Count called into Primary 18T/P Verified by Harrif |

244

1ST SHIFT 2400 X 0800 01-06-2005 Thurs.

| | |
|---|---|
| 0353 | Sec ck c/w |
| 0408 | Sec ck c/w |
| 0410 | CODE GREEN |
| 0423 | Sec ck c/w |
| 0438 | Sec ck c/w. |
| 0453 | Sec ck c/w. |
| 0458 | Hourly Sec ck c/w verified by Hartiford |
| 0508 | Sec ck c/w. [redacted] woke |
| 0517 | [redacted] Requested pain meds Notified Nurse, Nurse Administered meds to [redacted] |
| 0523 | Sec ck c/w |
| 0538 | Sec ck c/w |
| 0540 | [redacted] out to court 18T 17P |
| 0541 | [redacted] did not get up, and was difficult to get motivated, 2T Chadzik notified. |
| 0543 | [redacted] 18T 16P 2 out to court |
| 0553 | Sec ck c/w |
| 0558 | Hourly Sec ck c/w verified by Hartiford |
| 0608 | Sec ck c/w |
| 0623 | Sec ck c/w. |
| 0631 | Laundry wk (1) IN Area out @ 0631 |
| 0638 | Sec ck c/w Accomplished count 18T 16P 2 out to court. |
| 0645 | CODE RED |
| 0646 | Count called into primary 18T 16P 2 out to court verified by Hartiford |
| 0653 | Sec ck c/w. |
| 0708 | Sec ck c/w. |
| 0711 | CODE GREEN |
| 0723 | Sec ck c/w. |
| 0736 | Sec ck c/w. |
| 0750 | Sec ck c/w. |

05 Thurs.

by Hartford
[redacted] woke
Notified
eds to [redacted]

18T 17P
, and
ed, 2T
2 out to

by Hartford

0631
ut 18T 16P

6P 2 out to
d

1 ST SHIFT 2400 x 0800 01-06-2005 thurs.

0750 C/O Talenti Relieved C/O Schrack @0751 18T 16P 2 out to Court, 10 Keys All Equip counted and checked, on coming officer properly Briefed.

//// EOS //////

0800-1600 1-6-05 C/Os Newman + Talenti

0750 C/O Talenti in area for duty. H/C + K/C made, brief recd. C/O Schrack off duty

0755 C/O Newman in area for duty

0800 Code "Red" called. * Notes C/O Talenti on log + C/O Newman on the floor. * The PCO Level Psych checks will be done by floor C/O + logged as security checks approx. every 15 min.

0803 C/O Newman does Bar/window checks.

0811 H/C called in to P/C, CPL McMillan.
* Int = 18 Total, 16 Pres, 2 out - Court
* K/C = 10 * Cutter + all equip. acctd. for

0815 Security checks made.

0819 * Nurse Courtney does morn. meds.

0819 Code "Green" called.

0829 P/A Hernandez does medical rounds.

0830 Security checks made.

0840 * [redacted] (2T) Rear Inf. tierman in area. Also, [redacted] (2T) front Inf. tierman.

0843 * Food Cart checked: Seven utensils.

0845 Security checks made.

0850 * CPL Gresmer in the area.

0900 Security checks made.

0900 * Chow is being served.

0915 Security checks made.

0921 * Chow complete, all I/M's fed.

| Conto | C/o's Taituti + A. Newman Thurs. | Cont |
|---|---|---|
| | | 1130 |
| 0921 | * Food Cart out — seven utensils Rtd. | 1135 |
| 0930 | Security checks made. | |
| 0941 | Per Mids ▓▓▓▓▓▓▓▓▓▓ | 114 |
| | ▓▓▓▓▓▓▓ are Discharge to Pop. | |
| 0945 | Security Checks made. | 114 |
| 1000 | Security checks | 114 |
| 1000 | * REE for Im's ▓▓ | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 120 |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 120 |
| | | 1215 |
| 1015 | Security Checks made | |
| 1017 | * ▓▓▓▓▓▓▓▓ Rtd for Court Inf = 17 Pres | |
| 1030 | Security checks made. | |
| 1042 | * Lt. Sheets in the area. | 1215 |
| 1045 | Security Checks made. | 123 |
| 1050 | * Lt. Sheets notified Nurse Courtney | 123 |
| | of broken stretcher, held on Inf | 124 |
| | floor from East Side. C/o Taituti | |
| | wrote 404 on 1-5-05. | 124 |
| 1100 | Security Checks made. | 125 |
| 1105 | * REE over for all Inmates. | 130 |
| 1112 | ▓▓▓▓▓▓▓▓▓▓ to BIR for phone call | 130 |
| | per Lt. Sheets. | |
| 1113 | * Per PIE: Add to Cont ▓▓▓▓▓ , Nlike | 1315 |
| | # ▓▓▓▓▓ on medical. | 132 |
| | Inf total now = (19) | 133 |
| | | 133 |
| 1115 | Security Checks made. | |
| 1125 | * Lt. Sheets out of area. | |
| | * ▓▓▓▓▓▓▓▓▓▓▓▓▓ cleaned cell | 134 |
| | while C/o Newman + Lt. Sheets supervised | 134 |
| 1128 | * ▓▓▓▓▓ (See 1113) ▓▓ entered area. | 135 |
| | Inf = ▓▓ Pres. | |
| 1128 | * ▓▓▓▓▓▓▓▓▓ Rtd from BIR. | 160 |
| | Inf = 18 Pres. | |

Infirm. 0800-1600 1-6-05 Infirm.
Thurs. C/O's Talenti + A. Newman Thurs.

| | Cont. | |
|---|---|---|
| ...usils Rtd. | 1130 | H/C + S/C's made. |
| ...de. | 1135 | Code "Red" called. |
| ...any #204 + | | H/C called in to PIC. |
| ...charge to Rep. | 1141 | * Inf = 19 Total, 18 Pres, 1 out - Court |
| ...lc. | | * Hold = (1) 2T worker Burton |
| | 1145 | Security Checks made. |
| ...e | 1147 | * QRT muster in Dorm 2 called. C/O Newman responds. |
| ...) | 1206 | * C/O Newman Rtd. to area. |
| Refused | 1206 | Late Entry 8 Code Green approx. 1205 hrs. |
| ...le. | 1214 | * Food Cart Checked: Seven utensils - Short 4 servings meat of 7 Diet tray - Cpl. Gresmer notified. |
| Court Inf = 17 Pres | | |
| ...le. | 1215 | Security Checks made. |
| ...ea. | 1230 | Security Checks made. |
| ...le. | 1239 | * Chow is being served. |
| Nurse Courtney | 1242 | * Lt. Farmer in the area, she speaks to [redacted] |
| ...d on Inf. | | |
| ... C/O Talenti | | |
| | 1245 | Security Checks made. |
| ...e. | 1258 | * Chow complete, trash collected. |
| ...inmates. | 1300 | Security Checks made. |
| ...r phone call | 1303 | * [redacted] Cell to B/R for phone call Per Sheets. C/O Newman escorts. |
| ...[redacted] , ... | 1318 | * ~~Dr. Price Rtd. to area # 205 Cell.~~ |
| ...medical. | 1329 | Staff Lt. Polk in the area. |
| | 1330 | Security Checks made. |
| ...ade - | 1335 | * Per PIC: In-House Trans: [redacted] |
| ...area. | | Inf total now = (18) |
| 18 Cleaned cell | | |
| Lt. Sheets supervised | 1345 | Security Checks made. |
| entered area, | 1349 | * [redacted] Rtd - fr court, Inf = 17 Present |
| | 1352 | * Lawyer Mr. Hitchings in area + sees [redacted], [redacted] Cell |
| from B/R. | 1400 | Security Checks made. |

Case 1:05-cv-00549-SLR Document 57 Filed 05/09/2008 Page 29 of 41

0800-1600 F6-05 Infirm

Cont. C/o's Newman & Talenti Thurs.

1415 Security checks made * [redacted]

1430 Security checks made [redacted]

1434 * Don Napolin from mental health to interview/evaluate PCO levels.

1444 * [redacted] Rtd from B/R.

1444 * In-House Trans taken to IC - by c/o Charles #12 Unit.

1445 Security checks made.

1452 * Lt Gresmer in the area.

1453 Nurse Cartney gave afternoon meds approx 1400 & also presently.

1500 Code "Red". HC & SIG's made.

1505 * Inf = 18/18 Total & Present * KK = 10 * Cutter & all equip acctd for.

1515 Security checks made.

1524 Code "Green" called.

1530 Security checks made.

1540 The 4X12 shift relieved the 8X4 shift, brief given. 8X4 off at Tal...

3RD Shift 1600-0000 6 January 05 Thurs

C/O's Blue & Carlock On Duty

1536 C/O CARLOCK REPORTS FOR DUTY AND WAS BRIEFED BY C/O TALENTI

1540 C/O TALENTI EXITS AFTER COUNT

1555 C/O BLUE REPORTS FOR DUTY

1600 C/O CARLOCK CONDUCT PCO CHECKS

XXX CODE RED XXX

1602 Notified P/C Supt Iwench of Count as:

INF

18 - TOTAL

18 - PRESENT

P/C = 16

RADIO # 40

1605 SECURITY TEAM IN THE AREA

Cont Next Pg

Right column times: 1623, 1625, 1630, 1638, 1647, 1655, 1705, 1710, 1732, 1735, 1752, 1752, 1800, 1810, 1815, 1825, 1826, 1842, 1845

| | |
|---|---|
| pg 248 | 3RD Shift 1600-0008 6 January 2005 thus |
| 1 | C/O's Blue - Cantori on Duty |
| 1623 | Serut team ents the Area |
| 1625 | xxx CODE SKEE xxx |
| 1630 | C/O Cantori conducts PCO Checks All Sec |
| 1638 | Inf. Workers (6) Reports for duties |
| 1647 | Dinner Being served |
| 1655 | C/O Blue conduct PCO Checks All Sec |
| 1705 | Dinner is complete |
| 1710 | Primary notifies Infirmary of Bay & Baggy |
| 1 | ████████ Inf. ███ |
| | 205 |
| 1732 | C/O Blue conduct PCO Checks All Sec |
| 1735 | ████████ out for Shower |
| 1752 | ████████ back in his Room |
| 1752 | ████████ out for Shower |
| 1800 | Cpl will in Area to pick up |
| 1 | (2) Bay & Baggual |
| 1810 | ████████ Transfered |
| 1 | to 2M #17 by C/O Dat unit #13 |
| 1815 | ████████ returns to Cell |
| 1 | ████████ out for Shower |
| 1825 | QRT MUSTER 2Y POD |
| 1 | C/O Blue conducts PCO Checks All Sec |
| 1826 | ████████ out for Shower |
| 1842 | QRT MUSTER 2Y POD is 10-1 |
| 1845 | ████████ FROM |
| | 2y #24 ADMITTED TO THE INFIRMARY |
| | BY QRT TEAM - C/O BY LT SENATO |
| | ████ W/A |
| | ████████ |
| | ████████ |
| | (cont Next pg.) |

250 cont

fr 249 | 3RD Shift 1600-0000 6 January 05 Thurs
Lc/o Blue & Cunlock On Duty
1900 c/o Blue conducts PCO Checks All-Sec
1901 Primary Control admits (1) to the Court
[redacted]
1924 c/o Cunlock conducts PCO Check All Sec
1930 Primary Control Sgt French drops (2) I/s for I/K
[redacted]
#205
Infirmary Count is now at 14
1935 Lt. Scrutto In Area for Security Checks
1941 c/o Blue & Nurse Roxanne begin Inf Med pass
1943 c/o Cunlock conducts PCO/ Movements
2000 xxx CODE RED xxx
2001 Notified P/C Sgt French of Count As:

INF 2 W/B Rooms
16 - TOTAL 1 T
16 - PRESENT 1 W

NOTE Primary Control notifies Inf of (1) B+B
[redacted]
2010 c/o Cunlock conducts PCO Checks A/S
2018 LT. DYCHE IN AREA FOR COUNTS
2019 xxx CODE GREEN xxx
2028 c/o Cunlock conducts PCO Checks A/S
2050 c/o Blue conducts PCO Checks A/S
2110 Cpl Wells In Area to pick up 1 Bag & Baggage
2114 c/o Blue conducts PCO Checks A/S
2132 c/o Cunlock conducts PCO Checks A/S
2146 c/o Blue conducts PCO Checks A/S
2202 c/o Cunlock conducts PCO Checks A/S
L cont Next Pg

cont
fr 250
2247
2251
2300
2301
LE 2315
2315
2340
2340
2357
1ST
Note
2355
2400
0001

3RD Shift 1600-0000 6 Jan 05 thurs

Lco Blue + Carlock On Duty

2247 c/o Blue conducts PCO and head-counts at this time

2251 Lt. Senato (?) clr Area for Area + Security Checks

2300 XXX CODE RED XXX

2301 Notified P/C Sgt French of Count as:

INF

16 - TOTAL

15 - PRESENT

01 - Bag + Baggage

2215 Unit #12 Escorts Inf workers (2) Back to the East Side

2315 XXX CODE GREEN XXX

c/o Carlock conducts PCO Checks All-Sec

2340 c/o Carlock conducts PCO Checks All Sec

2340 Primary Control drops (1) 15 from Count [redacted] # [redacted] Inf

count is now at 15

2357 c/o Carlock relieved by 12x8 after head count + briefing

[signatures] D.E. Carlock

1ST SHIFT 2400 X 0800 01-07-2005 Friday

Note All checks by c/o Schrack unless Noted

2355 c/o Schrack Relieved c/o Blue + c/o Carlock 15 T/P 10 Keys All Equip Counted and cked Properly Briefed.

2400 CODE RED

0001 Count called into Primary 15 T/P 2 Fire Bot Charged 1 FAK Sealed 10 Keys Verified by Saunders

252

1ST SHIFT 2400 X 0800 01-07-2005 Friday

0023 CODE GREEN
0023 Sec CK c/w.
0038 Sec CK c/w.
0053 Sec CK c/w.
0108 Hourly Sec CK c/w VeriFied by Saunders.
0115 Cpl Harriford in Area Sec/SaFety
0128 Sec CK c/w.
0143 Sec CK c/w.
0155 LT Podrick in Area Sec/SaFety CK & Hourly Sec CK c/w VeriFied by Saunders @ 0154
0208 Sec CK c/w
0223 Sec CK c/w.
0230 [redacted] on Count, [redacted] [redacted], 18T, 18P 8 out to B/R by Saunders
0238 Sec CK c/w
0245 [redacted] Count 18T/P.
0253 Hourly Sec CK c/w VeriFied by Saunders
0308 Sec CK c/w.
0323 Sec CK c/w
0338 Sec CK c/w count Accomplished 18T/P
0345 CODE RED
Count called into primary 18T/P VeriFied by Harriford
0353 Sec CK c/w.
0405 CODE GREEN
0408 Sec CK c/w.
0420 [redacted], [redacted] count 19T 18P
1 out to B/R by Saunders.
0423 Sec CK c/w
0435 Capt Berggarm in Area.
0436 [redacted] in Area 19T/P
0438 Sec CK c/w.
0453 Sec CK c/w.

1ST
0505
0520
0521
0538
0539
0549
0553
0606
0621
0622
0624
0636
0637
0645
0652
0706
0707
0722
0737
0750
0753

253

005 Friday
Saunders
Fety
CK &
Saunders @ 0154
T
nes
S/R
Saunders
T/P
rified by Harrison
Count 19T 18P
19T/P

1ST SHIFT 2400 x 0800 01-07-2005 Friday

0505 Hourly Sec CK C/W Verified by Saunders
0520 Sec CK C/W.
0521 C/O Hackett IN Area.
0538 Sec CK C/W. Batt. Dead Reported
0539 I/M [redacted] Greene, [redacted], [redacted] [redacted] out to Court. [redacted].
0549 [redacted] Requested Meds, Notified Nurse.
0553 Sec CK C/W, Nurse Admin. Meds to I/M Snow
0606 Hourly Sec CK C/W Verified by Saunders
0621 Sec CK C/W
0622 Nurse did Vitals on [redacted]
0624 Laundry WK (1) C/O Breland in out @ 0624.
0636 Sec CK C/W Count Accomplished 19T 14P 5 out to Court
0637 Nurse Accomplished Vital CK ON [redacted].
CODE RED
0645 Called Count INTO 19T 14P Verified by Saunders
0652 Sec CK C/W.
0706 CODE GREEN
0707 Sec CK C/W.
0722 Sec CK C/W.
0737 Sec CK C/W.
0750 Sec CK C/W Food Cart IN Area.
0753 C/O Schrack Relieved by C/O Talenti @ 0753 19T 14P 5 out to Court 10 Keys All Equip Counted & Checked ON Coming Officer Properly Briefed.
/////EOS//////

0800-1600 1-7-05 Infirm.
C/O's Talenti + A. Newman Fri. (cont.)

| | | |
|---|---|---|
| 0755 | c/o Talenti in area for duty. H/C + K/C made, brief received. c/o Schrader exits 0800 | 0915 / 0920 |
| 0800 | c/o Newman in area for duty. | |
| 0800 | c/o Newman on the floor w/c/o Talenti on the log. * The (15 min approx) P/O Level Psych Close watch checks will be logged as Security Checks. | |
| 0806 | * Food Cart Checked, Seven servers | |
| 0811 | H/C called in, to P/C, cc McMillan, | 0928 |
| | * Inf = 19 Total, 14 Pres, 5 out - Court | 0930 |
| * K/C = 10 | * Cutler + all equip. accounted for. | 0936 |
| 0813 | Nurse Jeremy Jovin does morning meds, | 0945 |
| | * c/o Newman does * Bar/windows | 0945 |
| | while escorting | #195 |
| 0815 | Security Checks made. | 0949 |
| 0820 | * Dr. Joshi (Psychiatrist) in area + interviews evaluates Psych Patients, | 1000 / 1010 |
| 0825 | c/o Sutton delivers legal mail to [redacted] cell, | 1015 / 1020 |
| 0827 | Code "Green" called, | 1024 |
| 0830 | Security Checks made. | |
| 0840 | PA Hernandez + Dr Arambaro make medical rounds, | |
| 0843 | * Sgt. Way in area, | 1030 |
| 0843 | [redacted] (2T) Rear | 1045 |
| | Inf. Tierman + Telfair (2T) Front | 1100 |
| | Inf. Tierman in area, | 1100 |
| 0845 | Security Checks made. | 1102 |
| 0845 | [redacted] # [redacted] Pres | |
| 0852 | Code 8 on 2-L called, | 1114 |
| 0854 | Code 8 called 10-1 on 2L. | 1115 |
| 0900 | Security Checks made. | 1130 |
| 0911 | * Chow is being served. | 1134 |

Infirm. | 0800-1600 1-7-05 Infirmary 255

Fri. | (cont.) c/o's Talenti + A. Newman Friday

duty. H/C | 0915 Security Checks made.

c/o | 0922 * c/o Hitchens Unit 12 in area for 2-Man Backup interview / evaluate [redacted] Cell + to feed him. Medical + Psych saw him + he was given breakfast.

w/ c/o Talenti (approx) P/O will be

— * Per Medical & [redacted] #[redacted] is Discharged to IF on Ad-Seg, 2-Man Backup status.

servers McMillan, | 0928 * Chow complete, trash collected.

t - Court | 0930 Security Checks made.

0936 * Food Cart out - seven utensils Rtd.

morning meds, | 0945 Security Checks made.

0945 * REC for [redacted] #[redacted]

#195[redacted]

0949 * [redacted] to Court, Inf = 12 Present

area + | 1000 Security Checks made.

1010 * [redacted] to Court, Inf = 11 Present.

1015 Security Checks made.

Cell, | 1020 * [redacted] Rtd. fr. Court, Inf = 12 Present

1024 * Sgt. Way in area + c/o Hitchens also — c/o Hitchens takes polaroid pictures of [redacted] alleged bruises from QRT the night before. see 1-6-05 1845

[illegible] make

1030 Security Checks made.

Rear | 1045 Security Checks made.

Front | 1100 Security Checks made.

1100 * REC over for all Inmates.

1102 * [redacted] + [redacted] Rtd. from Court. Inf = 14 Present

[redacted] Pres

1114 P.A. Hernandez sees [redacted]

1115 Security Checks made

1130 Head Count + Security Checks made.

1134 Nurse Jeremy gives Court Rtn. meds.

0800-1600 1-7-05 tu Firm.
Cont. Gus Talanti & A. Newman Friday

1135 Code "Red" called.
1141 HLC called in to PLC, CPL McMillan,
1141 * Inf = 19 Total, 14 Pres, 5 out-court
* Hold = (2) 2T- walkers
1145 Security checks made.
1200 Security Checks made.
1200 * Food Cart Checked: Seven utensils
1200 Approx. Code "Green" called.
1208 Dr Aromboro sees [redacted]
1215 Security checks made.
1217 * Chow is being served.
1229 * Chow complete, all I/M's fed.
1230 Security Checks made.
1245 Security Checks made.
1252 * Trash collected, not #192 2-Man, Backup
1255 Per PLC: Add to Count: [redacted]
[redacted] sups [redacted] # [redacted] Cell on
Housing status. Inf total = (20)
1300 * Court returns: # [redacted] (
#206. Inf = 17 Present
1300 Security Checks made.
1305 Three outside visitors from Prison Ministry
in area to minister to Inmates.
1315 Security checks made.
1323 Code 15 called in kitchen.
1330 Security checks made.
1342 Code 15 is called 19-1
1345 Security Checks made.
1352 [redacted] # [redacted] to visit. Inf = 16 Pres
1352 * [redacted] Rtd fr Court. Inf = 17 Pres
1400 Security Checks made.
1402 * [redacted] arrived # [redacted]. Inf = 15 Pres
1405 * Add to Count: [redacted]
[redacted] to # 196 on PCO 2.

0800 – 1600 – 1-7-05 – Infirm. 257

Friday

Conti – C/O's Talenti & A. Newman Friday

1415 Security checks made.

1425 * [redacted] arrived & put in [redacted] 02 Cell by C/O Rover Unit 13 Newman - Inf = 19 Present

1430 Security checks made.

1437 * [redacted] f = 20 Present

1437 – LATE Entry: [redacted] r [redacted] Rtd. to 2T at approx 1425 hrs.

1442 Code 4 called on 2Y.

1445 Security checks made

1445 Code 4 called 10-1 on 2Y.

1453 * [redacted] #265 Rtd from visit (Inf = 21 Present)

1455 Nurse Jeremy gives afternoon meds.

1500 Code 4 Red" & H/C + S/C's made.

1507 * Inf called in to P/C. CPL McMillan

1507 Inf = 21/21. Total & Present. K/C = 10

1507 * Cutter & All equip. accounted for.

1515 Security checks made.

1516 Code "Green" called.

1530 Security checks made.

1545 Security checks made.

1547 The 4x12 shift in area & relieved the 8x4 shift, brief given. 8x4 off. A. Talenti

3rd Shift 1600 x 2400 01-07-05 FRI

1550 C/O Blue assumes duties after H/C K/C & briefing

TOTAL – 21 K/C – 10

OUT – 0

PRES – 21

1600 C/O Blue conducts S/C & Sgt Green in area O/T

1600 Code Red & Security team in area

1610 Notified P/C of above H/C & K/C – Sgt French

1621 Code Green

1630 Sgt Greene on Log Book

(Left margin fragments:) ...ry Infirm. Friday / McMillan, 5 out – cuff / utensils ...lled. / [redacted] / Fed. / 2-man Backup / [redacted] ...ll on / 20 / [redacted] / ...son Ministry ...mates. / they / ...f = 16 Pres. / ...nf = 17 Pres. / ...nf = 18 Pres. / [redacted] / ...2.

258

3rd SHIFT 1600x2400 01-07-05 FRI

C/O BLUE ON FLOOR.

1632 C/O BLUE MADE SECURITY CHECK.

1634 INMATES [redacted] AND [redacted] (WORKERS) ARRIVED FOR WORK.

1637 CALL LEAD WORKER (SGT DIFO) FOR FOOD.

1644 CHOW SERVED - C/O BLUE SERVING NOTES: I/M [redacted], [redacted] [redacted] - REFUSED MEAL AND SNACK.

16:52 C/O BLUE MADE SECURITY CHECK AND COMPLETED FEEDING INMATES. ALL SECURE.

1706 FOOD CART OUT WITH SEVEN (7) UTENSILS.

17:28 C/O BLUE MADE SECURITY CHECK A/S

1730 INMATE WORKERS COLLECTED TRASH FROM CELLS.

1730 C/O BLUE STARTED RECREATION OF INMATES - [redacted]

1758 C/O BLUE MADE SECURITY CHECKS.

1818 C/O BLUE MADE SECURITY CHECKS

1849 SGT DEFEO IN AREA.

1856 SGT. DEFEO MADE CHECKS SIGNED SHEETS

1858 SGT DEFEO DEPARTED

1900 RECREATION COMPLETED - INMATES LOCKED-IN

1913 SGT. DEFEO IN AREA - TO SERVE PAPERS TO INMATE [redacted].

1917 SGT DEFEO DEPARTED.

1921
1940
1955
2000
2002
2017
2024
2030
2110
2120
2125
2148
2203
2218
2230
2237

05 FRI'

1600 - 2400 - FRIDAY - 07 JAN 05

HECK

1921 C/O BLUE MADE SECURITY CHECK.

1940 C/O BLUE MADE SECURITY CHECK AND HEADCOUNT.

FOR

HEADCOUNT

21 - PRESENT - 21 TOTAL

1 - 24 WORKER

1 - 24 WORKER

ING

1955 NURSE JEAN AND C/O BLUE STARTED MEDS.

LEASED

HECK

2000 CODE RED

INMATE.

2002 HEADCOUNT CALLED INTO PRIMARY CONTROL - BY SGT GREENE COUNT GIVEN TO SGT FRENCH.

2)

2017 C/O BLUE MADE SECURITY CHECK

ER A/S

2024 CODE GREEN

TRASH

2030 LT SANTO IN AREA.

2110 C/O BLUE MADE SECURITY CHECK.

OF

2120 RECEIVED CALL FROM PRIMARY CONTROL SGT FRENCH - THE FOLLOWING ARE BAG/BAG.

KS,

RANDOLPH, RICKY SBI 00101335 (191)

ES

RAMSEY, DOUGLAS SBI 00165083 (206)

IGNED

2125 SGT KIKER IN AREA TO PICKUP INMATES BAG/BAG.

2148 C/O BLUE MADE SECURITY CHECK.

MATES

2203 CPT. BAMFORD IN AREA - SECURITY CHECKS

ERVE

2218 CPT. BAMFORD DEPARTED.

2230 C/O BLUE ESCORTED WORKERS OUT

2234 RECEIVED CALL FROM PRIMARY CONTROL - DROP -

RANDOLPH, RICKY SBI 00101335

RAMSEY, DOUGLAS SBI 00165083

| | | CONT |
|---|---|---|
| | 1600-2400 - FRIDAY - 07JAN05 | 025 |
| 2240 | C/O BLUE RETURNED AND | 025 |
| | MADE HEADCOUNT | 030 |
| | HEADCOUNT | 031 |
| | 19 - PRESENT | 033 |
| | 19 - TOTAL | 034 |
| | 10 - KEYCOUNT | \| |
| 2305 | Sgt. GREENE CALLED HEADCOUNT + | 035 |
| | KEYCOUNT INTO PRIMARY CONTROL | 041 |
| | Sgt. FRENCH. | 041 |
| 2303 | CODE RED | 043 |
| 2305 | C/O BLUE MADE SECURITY CHECK | 0449 |
| 2306 | C/O BRYANT PICKED-UP PAPERWORK. | 050 |
| 2314 | CODE GREEN. | 052 |
| 2330 | C/O BLUE MADE SECURITY CHECKS. | 054 |
| 2357 | C/O Blue Relieved By 12x8 AFTER H/C K/C + BRIEFING | 054 |
| | E.O.S [illegible] | 060 |
| | 1ST SHIFT 2400x0800 SAT 1-8-05 | 060 |
| 2357 | I C/O David Has Relieved C/O Blue AFTER H/C K/C AND BRIEFING | 061 |
| \| | EQUIPMENT CHECK (1) RADIO #40 (1) CLIPPER (1) SOLUTION (2) FIRE EXT | 061 |
| \| | H/C 19 T/P Ø OUT FAKIT SEALED | 062 |
| 2400 | CODE RED | 062 |
| 0004 | NOTIFIED P/C OF H/C C/O SAUNDERS | 063 |
| 0015 | C/O DAVID CONDUCTS PCO CHECK | 064 |
| 0025 | CODE GREEN | 06 |
| 0039 | CPL HANNIFORD IN AREA FOR S/C | 070 |
| 0055 | C/O DAVID CONDUCTS PCO CHECK | LE 06 LE 06 |
| 0104 | C/O DAVID CONDUCTS S/C - A/B | |
| 0115 | C/O DAVID CONDUCTS PCO CHECK | 072 |
| 0135 | C/O DAVID CONDUCTS PCO CHECK | 074 |
| 0155 | C/O DAVID CONDUCTS PCO CHECK | 075 |
| 0204 | C/O DAVID CONDUCTS S/C - A/B | |
| 0215 | C/O DAVID CONDUCTS PCO CHECK | |
| 0235 | C/O DAVID CONDUCTS PCO CHECK | |