| | | |
|---|---|---|
| | CONT | 1ST SHIFT 2400 x 0800   SAT 1-8-05 |
| '05 | 0254 | C/O DAVID CONDUCTS PCO CHECK |
| CID | 0256 | C/O DAVID CONDUCTS S/C - A/S |
| | 0308 | LT PEDRICK IN FOR S/C - A/S |
| | 0315 | C/O DAVID CONDUCTS PCO CHECK |
| | 0335 | C/O DAVID CONDUCTS PCO CHECK AND H/C 19 T/P Ø OUT F.A. KIT SEALED |
| | 0345 | CODE RED |
| | 1 | NOTIFIED P/C OF H/C   C/O SAUNDERS |
| COUNT & | 0357 | C/O DAVID CONDUCTS PCO CHECK |
| Control | 0411 | CODE GREEN |
| | 0418 | C/O DAVID CONDUCTS PCO CHECK |
| | 0438 | C/O DAVID CONDUCTS PCO CHECK |
| CHECKS | 0449 | CAPT BERGGRUN IN AREA |
| eWORK. | 0503 | C/O DAVID CONDUCTS S/C - A/S |
| | 0520 | C/O DAVID CONDUCTS PCO CHECK / N/C MOORE SHANNON 381 308441 Cm206 |
| CHECKS. | 0540 | C/O DAVID CONDUCTS PCO CHECK |
| K/C & BRIEFING | 0543 | CHECKED VITAL SIGNS WITH NURSE JEAN |
| | 0600 | C/O DAVID CONDUCTS PCO CHECK |
| S | 0611 | C/O DAVID CONDUCTS S/C - A/S |
| H/C M/C AND BRIEFING | 0610 | ███████ ██████████ ARRIVES ON POD |
| TION GO PER BCT | 0615 | NURSE JEAN AND C/O ADAMS ESCORT ██████ TO GET EKG |
| | 0620 | C/O DAVID CONDUCTS PCO CHECK |
| | 0626 | ██████████ RETURNS. |
| | 0630 | C/O DAVID CONDUCTS H/C 30 T/P Ø OUT FAKIT SEALED. |
| | 0646 | C/O DAVID CONDUCTS PCO CHECK |
| | 0700 | C/O DAVID CONDUCTS PCO CHECK |
| | 0700 | CODE GREEN |
| | 0645 LE | CODE RED |
| | 0650 LE | NOTIFIED P/C OF H/C |
| | 0720 | C/O DAVID CONDUCTS PCO CHECK |
| | 0740 | C/O DAVID CONDUCTS PCO CHECK |
| | 0750 | RELIEVED BY S-4 OFFICER AFTER H/C M/C + BRIEFING |
| | | E.O.S |

0800 - 1600 2nd Shift Saturday 1-8-05

0750 C/o Hastinq on duty unifed Relieved C/o Schrock

0757 C/o Newman on duty made S/c A/c 20 present + total B/c 10

0813 Lc. Cpl. McMillan notified

0815 C/o Hastinq made S/c

0830 C/o Hastinq made S/c

0831 Nurse Jeremy queen on to meet's

0833 I/m Rockinbu in for work detail Chres rec't arrival 7 utensils

0845 C/o Hargrove from IIB in area helping feed 2 men back up

0845 C/o Hastinq made S/c

0856 Breakfast being served

0856 Sgt Way in Area making S/c

0900 Breakfast over 7 utensils returning to Kitchen

0900 C/o Hastinq made S/c

0915 C/o Hastinq made S/c

0936 C/o Hastinq made S/c

0936 ████████ collecting trash C/o Hastinq conducting W/C checks

0945 C/o Hastinq made S/c

1000 C/o Hastinq made S/c

1015 C/o Hastinq made S/c

1020 F201 cleaning shower cell

1026 Code P Visitors room Visitor side 2nd floor C/o Hastinq responded

1040 10-4 code 2F

1050 C/o Hastinq returned from code made S/c

1100 C/o Hastinq made S/c

1115 C/o Hastinq made S/c

1130 C/o Hastinq made S/c A/c 20 present + total workers men 2 V

1136
1135
1137
1145
1148
1155
1200
1215
12/15
1230
1245
1258
1300
1315
1336
1345
1358
1408
1415
1430
1430
1445
1506
1507
1515
1522
1533
1548
1547

| | | |
|---|---|---|
| tuesday 1-8-05 | 1136 | C/c Cpl. McMilow notified |
| Relieve | 1135 | Code Red |
| To 4/c20 present | 1137 | Chow cart finished |
| | 1145 | Co Hargrove in area help feed 2 Men Back up |
| | 1148 | Lieut. Johnson M/4 in talking with psych's |
| 2 | 1155 | lunch being served 1154 Code Green |
| | 1200 | Memo in mail changing ███████████ from PCO IV to D/c to ID |
| ret's | 1215 | lunch over 7 utensils returning to ketchen |
| tail Crew | 1215 | Co Hasting made S/c |
| | 1230 | Co Hasting made S/c |
| helping feed 2 | 1245 | Co Hasting made S/c |
| | 1250 | ████████ collecting trash |
| | 1300 | Co Hasting made S/c |
| | 1315 | Co Hasting made S/c |
| | 1330 | Co Hasting made S/c |
| returning to | | C. Cpl. McMilow informed me that there |
| | | S m's are moving |
| | | ██████████████████  to 1D-4 |
| | | to 1C-14 |
| Co Hasting | 1345 | Co Hasting made S/c |
| | 1358 | Konie need to escort ████████ new location |
| | 1400 | Co Hasting made S/c |
| | 1415 | Co Hasting made S/c |
| | 1430 | ███████████ enroute to QV |
| | 1430 | Co Hasting made S/c |
| | 1445 | Co Hasting made S/c |
| cide 2nd floor | 1500 | Co Hasting made S/c A/c 18 present tolet t/Cp |
| | 1507 | Co Cpl. McMilow notified |
| | 1515 | Co Hasting made S/c |
| ode made S/c | 1522 | Code Green |
| | 1533 | Co Hasting made S/c |
| | 1545 | Co Hasting made S/c |
| resent t/Lt'd | 1547 | Relieve by 4x12 onto after briefing |

|  |  |  |  |
|---|---|---|---|
|  | 3rd Shift            1600x2400         01-08-05   Sgt |  | 3rd |
| 1600 | % Blue Assumes Duties After H/c K/c & Briefing | 2124 | APP |
|  | Total - 18  K/c - 10 | 2140 | Rec |
|  | out - 0 | 2148 | 1/m |
|  | Pres 18 | 2155 | INR |
| 1600 | Code Red - Security Team in Area | 2200 | % |
| 1602 | Notified 1/c of Above H/c & K/c - Sgt Kilken | 2215 | % |
| 1619 | Code Green | 2234 | 1/m |
| 1635 | % Blue Conducts S/c | 2240 | % |
| 1652 | 1/m Worker ████████ In Area | 2300 | Cod |
| 1657 | LT Seanoto in Area For S/c | 1 | % No |
| 1700 | % Nathanson Conducts S/c | 2306 | Not |
| 1707 | In-House Transfer ████ ████ To 1F-12 | 2309 | Coo |
| 1911 | ████ Departs (17) | 2315 | % |
| 1730 | % Blue Conducts S/c | 2330 | % |
| 1747 | % Nathanson Conducts S/c | 2350 | 4X1 |
| 1800 | % Nathanson Conducts S/c ████ ████ |  |  |
| 1815 | % Nathanson Conducts S/c | 1ST 8 |  |
| 1830 | % Nathanson Conducts S/c | Note | A |
| 1848 | % Nathanson Conducts S/c | 2355 | C |
| 1911 | % Rec Complete - ████ out For Shower | Na |  |
| 1915 | % Nathanson Complete | av |  |
| 1940 | % Nathanson Conducts S/c - K/c - Total - 17 | 2400 | C |
| 2050 | Code Red              out - 0 | Bar |  |
|  | Pres 17 | Vei |  |
| 2001 | Notified 1/c of Above H/c - Sgt Kilken | 0007 | C |
| 2014 | Code Green | 0023 | S |
| 2015 | % Nathanson Conducts S/c | 0021 | E |
| 2020 | Code Gr B/R | 0038 | Sc |
| 2024 | Code 4 10-1 | 0053 | Se |
| 2035 | APP ████ ██ To 201 (18 | 0056 | E |
| 1 | % Nathanson Conducts S/c - 206, 205 - 204 out For Rec |  | Tu |
| 2100 | % Nathanson Conducts S/c |  | on |
| 2116 | Capt Bomfor in Area | 0107 | Ho |
| 1 | % Nathanson Conducts S/c |  |  |

01-08-05  Sat                    3rd Shift        1600x2400            01-08-05   Sat

Briefing

2124  APD ████████ To 201 (19)

2140  Rec Complete ~ C/o Nathanson Conducts S/c

2148  ████████ Conducts S/c

2155  Inhouse Trans for ████████ To 2D-11 (18

2210  C/o Nathanson Conducts S/c

2215  C/o Nathanson Conducts S/c

2234  I/m Rincaid Departs (18) ~ I/m Worker Departs

2240  C/o Blue Conducts S/c ~ H/c - Total - 18  K/c-1°

2300  Code Red ████    out ~ 0

       I  C/o Nathanson Conducts S/c    Pres - 18

2306  Notified P/c of Above H/c ~ K/c - Sgt Kiker

To 1F-12   2309  Code Green

2315  C/o Nathanson Conducts S/c

2330  C/o Nathanson Conducts S/c

████████   2356  4x12 Relieved By 12x8 After H/c K/c & Briefing

           E.O.S  NR

1st Shift  2400 x 0800  01-09-2005  Sunday

Note  All Checks by C/o Schrack unless Noted

2355  C/o Schrack Relieved C/o Blue and C/o

Nwcr     Nathanson  18 T/p  10 Keys All Equip Counted

and Checked Properly Briefed.

           CODE RED

2400  Count called into Primary 18 T/p  2 Fire

Bottles Charged  1 FAK Sealed  10 Keys

Verified by Saunders

0007  C/o Troy Plus Paper-Wk ~ Mob Sheet

0023  Sec Ck C/w

0021½E  CODE GREEN

0038  Sec Ck C/w.

C18  0053  Sec Ck C/w.

1 For Rec  0056  E Crew In to do Floor, ████████ & ████████,

████████ & ████████, DACS to INF.

on Count  INF. WK 4T/p

0041  Hourly Sec Ck C/w Verified by Saunders.

1 ST SHIFT 2400 X 0800  01-09-2005  Sunday                    1 ST

| | | |
|---|---|---|
| 0114 | Cpl Chappell in Area Sec/ Safety ck. | 0645 |
| 0122 | Sec ck c/w | 0645 |
| 0137 | Sec ck c/w. | b |
| 0152 | Sec ck c/w. | 0652 |
| 0207 | Hourly Sec ck c/w verified by Chappell @ 208 | 0706 |
| 0222 | Sec ck c/w | 0707 |
| 0237 | Sec ck c/w. | 0722 |
| 0252 | Sec ck c/w. | 0737 |
| 0307 | Hourly Sec ck c/w verified by Saunders | 0745 |
| 0322 | Sec ck c/w. | 0746 |
| 0337 | Sec ck c/w Count Accomplished 18 T/P INF. 4 T/P INF WKS. | |
| 0345 | CODE RED | |
| 0348 | Count called into primary 18 T/P INFirmary 4 T/P INF WK verified by Saunders | |
| 0352 | Sec ck c/w | α |
| 0404 | Sec ck c/w. | 0745 |
| 0409 | CODE GREEN | A |
| 0410 | Cpl Harriford in out 0910 | 0800 |
| 0411 | Lt. Pedrick in Area. | 0808 |
| 0422 | Sec ck c/w | |
| 0437 | Sec ck c/w | w, |
| 0452 | Sec ck c/w | 1- |
| 0507 | Hourly Sec ck c/w verified by Saunders | N |
| 0522 | Sec ck c/w. | g- |
| 0537 | Sec ck c/w | 0815 |
| 0552 | Sec ck c/w. verified by Saunders @ 0553 | 0816 |
| 0593 | Nurse Administered Meds To ████ | 0830 |
| 0554 | E Crew INF WK out ████  ████  INF WK 0 T/P | 0843 |
| 0607 | Sec ck c/w. Nurse did vitals on ████ and ████ | 0845 / 0900 |
| 0621 | Sec ck c/w | 0915 |
| 0637 | Sec ck c/w Count ACC - 18 T/P | 0920 |

| | | |
|---|---|---|
5 Sunday | | 1ST SHIFT 2400 x 0800  01·09·2005  Sunday |

| | | |
|---|---|---|
| Fety ck. | 0645 | CODE RED |
| | 0645 | CounT called into primary 18$^{T}$/P verified |
| | | by Saunders |
| | 0652 | Sec ck c/w. |
| chappell @ 208 | 0706 | CODE GREEN |
| | 0707 | Sec ck c/w. |
| | 0722 | Sec ck c/w. |
| | 0731 | Sec ck c/w |
| Saunders | 0745 | Sec ck c/w @ 0450 |
| | 0746 | c/o Schrack Relieved by c/o Hargrove @ 0745. |
| as 18$^{T}$/P | | 18$^{T}$/P  10 keys  All Equip counted and |
| | | checked on coming officer Briefed |
| 18$^{T}$/P INFirm- | | | | | | E O S | | | | | | | |
| Fied by Saunders | | 2nd |
| | | Shift 0800 X 1600  01-09-05 |
| 0 | 0745 | c/o Hargrove Take over for c/o Schrack |
| | | After H/c, H/c At Briefing |
| 0 | 0800 | Code Red / c/o Hargrove conducts S/c |
| | 0808 | inf-T-18 - Pt 18 H/c-10 |
| | | count call Ed, Flcart in area |
| | | w/7 utensils, 2/FE, FAR/ sealed, Radio# 40 |
| | | 1-Nail clipper, 1-Solution, 1-cutter preset. |
| by Saunders | | Nurse Jeremy in area to |
| | | give out meds |
| unders @ 0551 | 0815 | c/o Flakes conducts S/c |
| | 0816 | code Green - |
| | 0833 | c/o Hargrove conducts S/c |
| 0$^{T}$/P | 0843 | Chow begins |
| tals on | 0845 | c/o Hargrove conducts S/c |
| | 0900 | Sgt. Way in area for S/c. |
| | | c/o Hargrove conducts S/c |
| | 0915 | "      "          " |
| P | 0920 | code 8  18 / 10-1 @ 0924 |

D000186

| Cenil | 2nd Shift 0800X1600 Jan-1-905 | Cont |
|---|---|---|
| 0930 | c/o FLAkes conducts S/c = A/S | 1500 |
| | Chow completed Trash & Trays. collected. | 150 |
| 0945 | c/o Flakes conducts S/c = A/S | 152 |
| | Lt Farmer In area for S/c | 53 |
| 1000 | c/o Hargrove conducts S/c | |
| | Rec Begins | |
| 1015 | c/o Hargrove conducts S/c | |
| 1030 | " " " | 1 |
| 1045 | " " " | 153 |
| 1100 | Rec End | + |
| | c/o Hargrove conducts H/c & S/check | 153 |
| 1115 | " " " " | 1155 |
| 1130 | " " " " | 160 |
| 1135 | code Red | |
| 1141 | n/f 7/c of H/c on Inf T/p 18 | 160 |
| | Inf wker T/p 1 | |
| 1145 | c/o Hargrove conducts S/c = A/S | |
| 1150 | F/cart arrives in area w/ 7 utensils | |
| 1155 | code Green | 1615 |
| 1200 | c/o FLAkes conducts S/c | 1 |
| 1215 | " " " " | 1618 |
| 1210 | chow begins | |
| 1230 | c/o Flakes conducts S/c = A/S | 1630 |
| 1245 | chow Ends | 1 |
| 1300 | Per P/c I/m ~~████████~~ | 14 |
| | to Inf # 201 & | 1 |
| | from cell -201 to 1D-6 | 164 |
| 1315 | c/o Hargrove conducts S/c | 164 |
| 1330 | " " " " | 165 |
| 1345 | " " " " | 170 |
| 1400 | " " " " | 1730 |
| 1415 | " " " " | 1730 |
| 1430 | " " " " | |
| 1445 | " " " " | |



| | | |
|---|---|---|
| n-1-9-05 | Con't | 2nd Shift 0800x1600 Sun-1-9-05 |
| | 1500 | Code Red - |
| collected. | 1509 | N/F Plc Inf = T/p 17 |
| F/S | 1526 | Code Green - |
| | 1585 | c/o Carlock in area for duty |
| | | Relief of 8xr Officer After |
| | | H/c, K/c & briefing |
| | | 3RD Shift 1600-0000 9 Jan 05 Sun |
| | | C/o Cunlich On Duty |
| | 1531 | c/o Canlich reports for duty and was |
| | | briefed by c/o Flakes |
| F/check | 1535 | c/o Flakes exits the area |
| | 1552 | c/o Wannbessle report for dif |
| | 1600 | xxx CODE RED xxx |
| T/p 18 | 1601 | Notified Plc Cpl Sessoms of Count As |
| | | INF          R/c - 10 |
| F/S | | 17 - 70TAC          1Radio #4C |
| 17 utensils | | 17 - Present |
| | 1615 | xxx CODE GREEN xxx |
| | 1617 | Service Team in the Area for |
| | | Window, Bars |
| | 1630 | Unit #12 Escorts 4 dif worker to the |
| | | area c/o Wannbessle conducts PCO Check |
| | 1633 | Cpl Wull in the Area to pick-up |
| | | mov. Sheets & to perform Area |
| | | Check |
| | 1648 | Dinner Begins |
| | 1647 | Cpl. Wull in Area to Deliver for |
| | 1658 | Dinner Completed |
| | 1700 | c/o Wannbessle Conducts PCO Check |
| | 1730 | c/o Cunlich conduct PCO checks |
| | | out for Show |
| | | con't Chart Pg 7 |

270

3RD Shift 1600 - 0000  9 Jan 05

Unit 270

C/O's Canlod + Wannkuske On Duty

| Time | Entry | Time |
|---|---|---|
| 1750 | [redacted] Back to Room | 2230 |
| 1755 | [redacted] out for Shower | 2245 |
| 1800 | C/O Canlock conducts PCO Checks | |
| 1810 | [redacted] Back in Room | 2300 |
| 1830 | C/O Canloh conducts PCO Check A/S | |
| 1900 | C/O Canlod conducts PCO Check A/S | |
| 1905 | nurse Jean & C/O Canlord Begin Med pass | |
| 1916 | Med pass is Completed | |
| 1930 | C/O Caalock conducts PCO Checks A/S | 2305 |
| 2000 | XXX CODE RED XXX | 2310 |
| | C/O Canloch conducts PCO Checks A/S | 2337 |
| 2001 | notified P/c Cpl. Sessoms of Count as SMR     N/C = 10 | |
| | 17 - TOTAL | |
| | 17 - PRESENT | |
| LE 1954 | [illegible, struck-through] | |
| 2015 | XXX CODE GREEN XXX | |
| 2020 | Sl. Lt. Dubato clg Area for area & Security Checks | |
| 2030 | C/O Canlock conducts PCO Checks | |
| 2100 | C/O Canloh conducts PCO Checks | |
| 2130 | C/O Canlock conducts PCO Checks | |
| 2100 | Public Defender in to see [redacted] | |
| 2158 | Public Defender exits Area | |
| 2200 | Cpl. myll & C/O Canlock conduct PCO Checks | |
| | (cont Next Pg.) | |



| | | | CONT |
|---|---|---|---|
| | 1ST SHIFT 2400 to 0800 MONDAY 1-10-05 | | |
| 2355 | I S/O DAVID RELIEVED S/O CARLOCK AFTER H/C H/C + BRIEFING | | 0626 |
| ↑ | EQUIPMENT (1) RADIO #40 (1) CLIPPER (1) SOLUTION (1) CUTTER | | 0645 |
| ↑ | (1) FIRE EXT CHARGED H/C & 17 F/P Ø OUT F.A KIT SEALED | | 0646 |
| 2400 | CODE RED | | 0650 |
| ↑ | NOTIFIED P/C OF H/C S/O SAUNDERS | | 0700 |
| 0017 | S/O J. JOHNSON IN FOR P/W MALL | | 0710 |
| 0020 | CODE GREEN | | 0750 |
| 0024 | S/O DAVID CONDUCTS PCO CHECK | | |
| 0054 | S/O DAVID CONDUCTS PCO CHECK | | |
| 0058 | S/O DAVID CONDUCTS S/C - A/S | | 0752 |
| 0125 | S/O DAVID CONDUCTS PCO CHECK | | |
| 0142 | NURSE JEAN GIVES P/M GREENE MEDS | | 0751 |
| 0155 | S/O DAVID CONDUCTS PCO CHECK | | 0800 |
| 0158 | S/O DAVID CONDUCTS S/C - A/S | | 0800 |
| 0805 | LT PEDRICK IN AREA FOR S/C - A/S | | |
| 0225 | S/O DAVID CONDUCTS PCO CHECK | | |
| 0255 | S/O DAVID CONDUCTS PCO CHECK | | |
| 0258 | S/O DAVID CONDUCTS S/C - A/S | | 0805 |
| 0312 | CODE 8 P CHAPEL 10-1 0320 | | |
| 0325 | S/O DAVID CONDUCTS PCO CHECK | | 0810 |
| 0345 | CODE RED | | 0815 |
| 0348 | NOTIFIED P/C OF H/C S/O SAUNDERS | | 0820 |
| 0355 | S/O DAVID PCO CHECK | | |
| 0401 | S/O DAVID CONDUCTS P CODE GREEN | | 0830 |
| 0425 | S/O DAVID CONDUCTS PCO CHECK | | 0835 |
| 0455 | S/O DAVID CONDUCTS PCO CHECK | | |
| 0458 | S/O DAVID CONDUCTS PCO CHECK | | 0841 |
| 0525 | S/O DAVID CONDUCTS PCO CHECK | | 0845 |
| 0552 | ██████ ████ PCO ██████ 202 DEPAUL AREA | | 0855 |
| 0555 | S/O DAVID CONDUCTS PCO CHECK | | |
| 0557 | NURSE JEAN GIVES MEDS TO ████████████ | | 0860 |
| 0600 | S/O DAVID CONDUCTS S/C - A/S | | |
| 0608 | NURSE JEAN TAKES ██████████ | | 0900 |
| 0625 | S/O DAVID CONDUCTS PCO CHECK | | |

| | | |
|---|---|---|
| 0-05 | CONT | 1ST SHIFT 2400 × 0800 MONDAY 1-10-05 |
| H/C + BRIEFING | 0626 | LAUNDRY IN AREA FOR LAUNDRY BASKETS |
| W. M CUTTER | 0645 | CODE (RED) |
| GT. SEALED | 0646 | (NOTIFIED) P/C OR H/C    S/O SAUNDER |
| | 0650 | SGT TRIPLETT IN AREA FOR S/C-A/S |
| | 0700 | S/O DAVID CONDUCTS PCO CHECK |
| | 0710 | CODE GREEN |
| | 0750 | RELIEVED BY 8-4 OFFICER AFTER H/C H/C + BRIEFING |

E.O.S.

| | |
|---|---|
| | 0600-1600 1-10-05 Infirm. CO'S Talenti + Hitchens |
| 0750 | CO Talenti in area for duty. He did H/C, K/C + Read a brief. 12 x 5 exits |
| 0758 | CO Hitchens in area for duty. |
| 0800 | Facility in Code "Red" status. |
| 0800 | ＊ Note: CO Talenti on log + CO Hitchens runs the floor. Approx. every 15 min the PCO Psych level close watch checks will be made + logged as security checks. |
| 0805 | CO Hitchens on QRT + gets gear. H/C called in to P/C Sgt. Wilson. |
| 0810 | ＊ Int = 17 total, 15 Psy, 2 OUT-court |
| 0815 | Security Checks made. |
| 0820 | Nurse Coleen on duty for FCM today in the rear of Inf. |
| 0830 | Security Checks made |
| 0836 | ＊ Nurse Coleen distributes medications. |
| 0838 | ＊ S.Ti Way in the area |
| 0844 | ███ ███ ███ in area for work as Rear Int. worker. |
| DEPRUX AREA  0845 | Security Checks made. |
| 0857 | ＊ Security Team in the area. They do Bar/Windows + cell checks. |
| 94   0886 | Dr. Aramburo + PA Hernandez make medical rounds. |
| ALS   0900 | Security Checks made. |

Cont. | C/O's Tabutti + Hitchens Mon.

0700 * Food Cart Cleared & Swy Scrngs
0705 * Dr. Yoshi makes medical rounds,
doing psych evaluations,
0710 * Chow is being served
0915 Security checks made.
0926 * Chow complete, all I/m's fed.
0930 Security Checks made,
0932 * Trach collected.
0941 * Food Cart out & swrgn utensils Rtd.
0945 Security Checks made
1000 Security checks made
1004 ▓▓▓▓▓▓▓ To Court. Int = 14 Pres.
1015 Security Checks made
1015 * No hot water in the
Infirmary. PCO's will be given
change to clean their cells or take
cold showers.
1030 Security Checks made.
1039 * Lt. Shields in the area.
1040 ▓▓▓▓ ▓▓▓▓ ▓▓▓▓ Refused shower.
1045 Security Checks made.
1100 Security Checks made.
1115 Security Checks made.
1116 * Sr. Lt. Polly in the area.
1130 H/C + S/C's made.
1135 Code "Red" called.
1141 Lt. called in to PLC, Sgt Wilson
* Int = 17 Total, 14 Pres, 3 out - (out)
(1) ▓▓▓▓▓▓ 2T (3) Sick call "away man"
1145 Security Checks made.
1150 Code "Red" called.
1158 * Infectious waste picked up by
outside contractors. Contractor left
bags + boxes.

| | | |
|---|---|---|
| Infirm. | Cont. | C105 Talenti + Hitchens Mon. |
| ion. | | |
| 1 Servgs | 1200 | Security Checks made. |
| ½ rounds) | 1210 | * Lt. Aramboro in area + see ▓▓▓ |
| | 1215 | Security Checks made. |
| Ced. | 1224 | * Food Cart Checked 8 Seven servers — 3 loaves bread + 1 sleeve cups short ! |
| e. | 1230 | Security Checks made |
| utensils Rtd. | 1245 | Security Checks made |
| ½ | 1253 | * ▓▓▓▓▓ #▓▓ Rtd- from Court. Int = 16 Present. |
| Int = 14 Pres, | 1258 | * Chow is being served. |
| | 1300 | Security Checks made. |
| | 1315 | Security Checks made. |
| he | 1319 | * Chow complete, trash collected. |
| be given | 1320 | * Maint. in area to check smoke detectors. |
| take | 1325 | HOT Water began working. ▓▓▓▓▓ Star given handicapped |
| de. | | shower by Nurse Belle. |
| areq. | 1335 | * Maint. out of area. |
| ed Shower. | 1345 | Security Checks made. |
| | 1359 | * Add ▓▓▓▓▓ Count # 193 Cell on Medical Int = (18 Total) |
| te. | 1400 | #201 Showered ▓▓▓▓ - Shower |
| area. | 1415 | Security Checks made. |
| | 1420 | ▓▓▓▓▓ Rtd fr Court. Int = 19 Present |
| Sgt Wilson | 1424 | * Shower over for # 201 Cell. Lt |
| 3 out (wt) | 1425 | * # ▓▓▓▓ gets Shower. |
| call "colwayman | 1430 | Security checks made. |
| nade. | 1435 | * Inmate worker ▓▓▓▓ to 2 T. |
| | 1440 | Nurse Colleen sprinkles afternoon meds. |
| ted up by | 1445 | Security Checks made |
| for left | 1450 | * Shower ends for # ▓▓▓▓ |
| | 1455 | ▓▓▓▓ # arrived in area + Natro on medical. Int = (18 Present) |

C/Os Talenti + Hitchins  Mon.

Cont.

1500   Code "Red". H/C + S/C's made.

1502   H/C called in to P/C Sgt Wilson       1807
       @ Tot = 16/18, Total Present + H/C = 18   1821
* Cutter + all equip acctd. for.

1516   Code "Green" called.

1530   Security Checks made.

1545   Security Checks made.

1547   The 1st shift relieved the 3rd
       shift brief given. 3rd off. A. Talenti    1833

       3RD Shift 1600-0000 10 January 2005
       ( c/o Canlock On Duty )

2546   C/O CARLOCK REPORTS FOR DUTY AND      190
       WAS BRIEFED BY C/O TALENTI            193

1548   C/O TALENTI EXITS AFTER COUNTS        193

1556   C/O CARLOCK CONDUCTS PCO CHECKS A/S   1931

1600   XXX CODE @ RED XXX                    1935

1608   Notified P/C Sgt. French of heads by Cont as:  2:00
       TWC      W/C = 10
       18 - TOTAL    RADIO # 40              2:00
       18 PRESENT    1 cutter, Clipper & Solution

1610   C/O Buff reports for Orientation
       assignment on the infirmary

1621   XXX CODE GREEN XXX                    2008

1630   C/O Canlock conducts PCO Checks A/S

1635   C/O Averhea reports for duty
       Sgt Lewis on the Area for PCO        2020
       + area Checks

1641   Dinner Begins                         2031
1652   Dinner Completed                      2041

1700   C/O Canlock conducts PCO Checks A/
1705   food cart off the floor

| | | |
|---|---|---|
| Jn 276 | 3RD | 2nd Shift 1600-0000 10 Jan 05 Mon |
| | | [C/O Buff + Cunlock On Duty] |
| 1800 | C/O Cunlock conducts PCO Checks A/S |
| 1821 | Primary Control transfers the following |
| | JIM ████████ ████ ████ 10 2F# 12 |
| | ████ ████ ████ TO 2M# |
| | Count is now at 14. |
| 1830 | All transfers are out of the Area |
| | C/O Cunlock conducts PCO Checks A/S |
| | MAINT. OFFICER NOW IN THE AREA |
| | WORKING ON THE SHOWER ROOM |
| 1900 | C/O Cunlock conducts PCO Checks A/S |
| 1930 | Sgt Lewis in Area for Area Checks |
| 1931 | C/O Cunlock conducts PCO Checks A/S |
| 1935 | C/O Buff + Nurse Lower Tier chof |
| | Med Pass |
| 2000 | XXX CODE RED XXX |
| 2007 | Notified Lt Sgt French of Count as: |
| | INC |
| | 14 - TOTAL  1worker-2w pool |
| | 14 - PRESENT |
| | C/O Buff conducts PCO Checks A/S |
| 2008 | Primary Control Sgt French notifies |
| | Clafenberg of (1) Bldg and Baggage |
| | ████ ████ ████ INC |
| 2025 | XXX CODE GREEN XXX |
| 2033 | C/O Buff conducts PCO Checks A/S |
| 2040 | MAINT. OFFICERS OUT THE AREA |
| | THE SHOWER ROOM IS TO REMAIN |
| | SECURE, UNTIL MAINT RETURNS |
| | cont Next Pg7 |

| | |
|---|---|
| Jn 272 3RD Shift 1600-0000, 10 Jan 05 Men | 2350 |
| (Cp's Buff & Canlock On Duty) | |
| 2100 4x12 begins Showers on 1E pod | 2400 |
| Rm # ███ ███ ███ | |
| 2115 Cpl. Williams in area to pull | |
| up ███ ███ B+B | |
| 2125 Rm # 203 out for Shower | |
| 2130 c/o Canlock completes RO Checks | 0008 |
| Rm # ███ back from Shower | 0022 |
| Rm # ███ back from Shower | # 0015 |
| 2145 Rm # ███ back from Shower | 0030 |
| 2200 Unit # 12 Escorts clef washer | 0043 |
| Back for the East Side | |
| 2232 c/o Buff conducts RO Checks A/S | |
| 2234 Primary Control drops (1) one from Count | 00███ |
| ███ ███ ███ count is now | 0100 |
| at 13 | 0115 |
| 2300 c/o Canlock conducts RO Check A/L | 0130 |
| xxx CODE RED xxx | 0145 |
| | 0200 |
| 2301 Notified P/C Sgt French of Count As: | 0215 |
| FWT x/a=10 | 0230 |
| 13 - TOTAL 1 RADIO # 4C | 0245 |
| 13 - PRESENT Clippers, Cutters + Sci | 0300 |
| 2314 xxx CODE GREEN xxx | 0315 |
| | 0930 |
| 2333 c/o Canlock conducts RO Checks A/S | 0345 |
| 2350 c/o Canlock Relieved by 12x8 after | |
| debriefing | |
| | 0354 |
| | 0408 |
| | 0415 |
| | 0430 |
| | 0443 |

1st Shift  2400-0800  Tuesday  1/11/05

| | |
|---|---|
| 2350 | C/o Dixon report for duty relieve 4x12 |
| | After H/C P/c and briefing. |
| 2400 | Code RED |
| | T = 13 |
| | P = 13  10 Keys  Fak Sealed |
| | D = 0 |
| 0008 | Call P/c for H/C |
| 0022 | Code Green |
| 0015 | Conduct S/c - A/S |
| 0030 | Conducted S/c - A/S |
| 0045 | Conducted S/c - A/S |
| | Per Order by P/c to add ▓▓▓▓ |
| | ▓▓▓▓ in to Inf 201. Total (47) |
| 0050 | Called P/c to A/S - c/o Sander |
| 0100 | Conducted S/c - A/S |
| 0115 | Conducted S/c - A/S |
| 0130 | Conducted S/c - A/S |
| 0145 | Conducted S/c - A/S |
| 0200 | N/F P/c of S/C |
| 0215 | Conducted S/c - |
| 0230 | conducted S/c - A/S |
| 0245 | N/F P/c of S/C. |
| 0300 | conducted S/c |
| 0315 | Conducted |
| 0330 | Conducted S/c - A/S |
| 0345 | Code RED |
| | T = 14 |
| | P = 14  10 Keys  Fak Sealed |
| | D = 0 |
| 0354 | Call P/c for H/C |
| 0408 | Code Green |
| 0415 | Conducted S/c - A/S |
| 0430 | Conducted S/c - A/S |
| 0445 | Conducted S/c - A/S |

D000198

280

1st Shift 2400-0800 Tuesday 1/11/05          Cont.

| | | |
|---|---|---|
| 0500 | Conducted S/c - A/S | 0800 |
| 0511 | N/F P/c of S/c | 0800 |
| 0515 | Conducted S/c - AS | |
| 0530 | Conducted S/c - A/S | 0830 |
| 0548 | Conducted S/c - A/S | 0837 |
| 0600 | N/F P/c of S/c | 0840 |
| 0615 | Conducted S/c - A/S | |
| 0620 | Conducted S/c - A/S | |
| 0645 | Code RED | 0840 |
| | T = 14 | |
| | P = 14        10 Keys | 0840 |
| | 0 = 0 | 0855 |
| 0700 | Call P/c for H/C | 0900 |
| 0813 | Code Green | 0900 |
| | 0800 - 1600 1-11-05 Fatima Cos Talenti + A Newman | |
| 0750 | C/o Talenti in area for duty. HC+KC | 0905 |
| | made, brief verd. 112X5d off. | 0915 |
| 0800 | Code "Red" called. | 0920 |
| 0800 | C/o Newman in area for duty. | |
| 0800 | C/o Newman on the floor & questioning | |
| | on the log. The floor officer will | |
| | do approx 15-min checks on the RED | 0928 |
| | Level Psych patients + they will be logged | 0930 |
| | as security checks. | 0930 |
| 0800 | Facility in Code "Red" | 0920 |
| 0808 | HC/C called in to P/C, Cpt McMillan | |
| | * Iat = 14/14, total present * 4/e-10 | 0940 |
| | * Cutter + all equip acctd for. | |
| 0810 | * Food Cart checked, Spray, utensils. | 0940 |
| 0815 | Security Checks made. | 1000 |
| 0816 | * Maintenance in area to fix water | |
| | in IF 192 Cell. | |
| 0820 | PA Hernandez + Nurse Courtney made | |
| | medical rounds. | |

| | | |
|---|---|---|
| loy 1/11/ | Cont. | Chris Talenti + A Newman Tues. |
| | 0827 | Code "Green" called. |
| | 0827 | C/O J. Sutton delivers legal mail to ▓▓▓▓ |
| | 0830 | Security Checks made. |
| | 0837 | Nurse Courtney distributes a.m. meds. |
| | 0840 | ✱✱✱ NOTE: The Inmate Bathroom is being worked on during the week of 1-10 thru 1-14-05. See Memo. There is no use of Bath or showers. |
| | 0840 | ▓▓▓▓▓▓ in area for rear Int. Fireman. |
| | 0845 | Security Checks made. |
| | 0850 | ✱ Sgt Way in the area. |
| +A Newman | 0900 | Security Checks made. |
| C/K/C | 0900 | ✱ Security Team in area. They do Bar Window checks. |
| | 0905 | ✱ Chow is being served. |
| | 0915 | Security Checks made. |
| ty | 0920 | ✱ Add ▓▓▓▓ ▓▓▓▓ to #206 Cell on medical. He is in area std. from hospital. Int = 15 Total |
| the RO be logged | 0925 | ✱ Chow complete, trash collected |
| | 0930 | Security Checks made. |
| | 0934 | ✱ Food Cart out & eating utensils P/U. |
| | 0935 | ✱ Note: ▓▓▓▓ had no property with him, C/O Talenti called 2V (want to hosp. from 2V) and they will check on it. |
| W/e-10 | 0941 | ✱ Add ▓▓▓▓ ▓▓▓▓ to #▓ on medical status. Int total now = 16 |
| utensils | 0945 | Security Checks made. |
| RO | 1000 | ✱ REC for ▓▓▓▓ |
| maker | | 20 ▓▓▓▓▓▓ |
| | | #195 ▓▓▓▓ #19▓ ▓▓▓ |
| | | ✱ No Shower - Bath floor being |

282    0800 — 1600    1 — 1105 Infirmary

C/Os Talenti + A. Newman  Tues.

| Count | | Count |
|---|---|---|
| 1000 | Security Checks made. | 1258 |
| 1015 | Security Checks made. | 1300 |
| 1016 | Supplies delivered to area by C/O Butcher | 1311 |
| 1030 | Security Checks made. | 1315 |
| 1044 | ▮▮▮▮ arrived in area + put in #191 cell. Inf. = (16 Present) | 1330 / 1330 |
| 1045 | Security Checks made. | 1338 |
| 1050 | Miss Earle from DCI in area to | 1342 |
| #195 Cell | interview ▮▮▮▮▮▮▮ | 1345 |
| 1100 | Security Checks made. | 1349 |
| 1105 | * Add to Counts ▮▮▮▮▮▮ to #201 cell on POD3. Inf. total now = (17) | 1400 / 1415 / 1430 |
| 1115 | * REC out for all inmates. | 1443 |
| 1120 | ▮▮▮▮▮▮▮ + put in #215) cell on ▮▮▮ Inf = (17 Present) | 1445 / 1500 |
| 1130 | Head Count + Security Checks made. | 1501 |
| 1135 | Code "Red" called. | |
| 1138 | H/C called in to P/C CPL McMillan. * Inf = 17/17, total + Present | 1515 |
| | * Hold = (1) ▮▮▮▮ 2T | 1518 |
| 1145 | Security Checks made. | 1530 |
| 1153 | Code "Green" called. | 1542 |
| 1200 | Security Checks made. | |
| 1215 | Security Checks made. | |
| 1230 | Security Checks made. | 1585 |
| 1232 | * ▮▮▮▮▮▮▮ to a visit. | |
| 1240 | ▮▮▮▮▮▮▮ (2T) in area to fill in as foreman + sewer. He works the front inf - new worker | 1600 |
| 1242 | * Found Cart Chaired 8 Sevy utensils rec'd. | 1603 |
| 1245 | Security Checks made. | 1621 |
| 1254 | * Lt. Shred in the area | 1621 |
| 1258 | ▮▮▮▮▮▮▮ to BIR for | 1630 |

D000201

Tues.

CWS Talanti + A. Newman Tues.

| | | |
|---|---|---|
| 1258 | interview. Inf = 16 Present | |
| 1300 | Security Checks made. | |
| 1311 | * Chow is being served. | |
| 1315 | Security Checks made. | |
| 1330 | ████████ Rtd. from his visit. — Worker | |
| 1330 | * Chow complete, all I/N's fed. | |
| 1336 | * chow completed. | |
| 1342 | * Trash collected | |
| 1345 | Security Checks made. | |
| 1349 | ██████ ██████ ██████ Rtd BR. Inf = 17 Pres. | |
| 1400 | Security Checks made. | |
| 1415 | Security Checks made. | |
| 1430 | Security Checks made. | |
| 1443 | * Inmate worker ██████ Rtd to 2T. | |
| 1445 | Security Checks made. | |
| 1500 | Code "Red" called. HℓC + S/C's made | |
| 1501 | HℓC called in to PℓC CPL McMillan. | |
| | * Inf = 17/17 Total + Present * K/C = 10 | |
| | * Cutter + AM equip acctd. for | |
| 1515 | Security Checks made. | |
| 1518 | Code "Green" called. | |
| 1530 | Security Checks made. | |
| 1543 | The 4x12 Shift relieved the 8x4 Shift, brief | |
| | given. 8x4 off C Talanti | |

| | | | | |
|---|---|---|---|---|
| 2nd SHIFT | 1600 x 2400 | 0r-11-03 | Tues | |
| 1545 | S/O Blue & Carlock assumes duties after H/C H/C* Briefing | | | |
| | Total — 17 K/C-8 | | | |
| | oot — 0 | | | |
| | PRC- 17 | | | |
| 1600 | Code Red | | | |
| 1603 | Notified P/C of above H/C & H/C Sgt French | | | |
| 1621 | Code Green | | | |
| 1621 | S/O Blue conducts S/O | | | |
| 1630 | I/M worker in Area | | | |

| Time | Entry | |
|---|---|---|
| | 3rd Shift          1600×240          01-11-05 Tues | 1ST S |
| 1649 | % Blue Conducts S/C | 2400 |
| 1718 | 1/m out for Rec # 192, 193, 194, 202, 203, 207 × 208 | 0003  C |
| 1718 | C/O Carlock Conducts S/C | Ch |
| 1741 | % Carlock Conducts S/C | |
| 1758 | % Carlock Conducts S/C | 0024 |
| 1822 | % Carlock Conducts S/C ~ Rec Complete | 0026 |
| 1833 | Sgt Deffed in Area for S/C | 0028 |
| 1902 | C/O Blue Conducts S/C | 0430  C |
| 1905 | Primary Control Sgt French adds (1) to Count | 0038 |
| 1 | ▓▓▓▓ ▓▓▓▓ ▓▓▓▓ to Inf # ▓▓▓ | 0043  S |
| 1 | Count is now at 19 | 0105  H |
| 1930 | C/O Carlock Conducts S/C | 0120 |
| 2000 | % Carlock Conducts S/C ~ H/D Total - 18 | 0135  E |
| 1 | Code Red          out - 0 | 0150  E |
| | | Pres - 18 | 0156  Cp |
| 2006 | Notified P/C of above H/C ~ Sgt French | 0206  S |
| 2015 | Nurse Tyne Conducting med Pass | 0221 |
| 2024 | Code Green | 0236 |
| 2025 | % Carlock Conducts S/C | 0251 |
| 2050 | % Blue Conducts S/C | 0303  C |
| 2158 | % Blue Conducts S/C | 0305  H |
| 2155 | % Blue Conducts S/C | 0305 |
| 2230 | % Blue Conducts S/C ~ H/C ~ Total - 18   K/C - 10 | 0335  E |
| 2300 | Code Red          out - 0 | 0345 |
| 1 | % Blue Conducts S/C          Pres 18 | |
| 2304 | Notified P/C of above H/C ~ K/C ~ Sgt French | |
| 2319 | Code Green | 0350 |
| 2337 | % Carlock Conducts S/C | 0400 |
| 2355 | 4×12 Relieved By 12×8 After H/C K/C ~ Briefing | 0404  C |
| | E.O.S. AT | 0405 |
| | 1 Set Shift 2400 & 0800 01-12-2004 Weds. | 0420 |
| Note | All checks by C/O Schrach unless Noted | 0429 |
| 2355 | C/O Schrach Relieved C/O Blue & C/O Carlock 16 K | 0430 |
| | 10 Keys All Equip Ck'd & Counted Properly Briefed | 0445 |

1ST SHIFT 2400 x 0800   01-12-2004   Weds.

| | | |
|---|---|---|
| 01-11-05 Tues | 2400 | CODE RED |
| ,207 x 208 | 0003 | Count called into primary 18 T/P  2 Fire Bottles |
| | | charged  1 PAK Sealed 16 keys verified by |
| | | Dotson |
| | 0021 | C/o Ivy P/u Med Sheet, Paper Wk & Mail Bag. |
| ~ | 0026 | CODE GREEN |
| | 0023 | Sec ck c/w. |
| | 0130 | C/o Hutchens in Area |
| 1 TU COUNT | 0038 | Sec ck c/w. |
| W/F ████████ | 0053 | Sec ck c/w |
| | 0105 | Hourly Sec ck c/w Verified by Dotson. |
| | 0120 | Sec ck c/w |
| | 0135 | Sec ck c/w. |
| | 0150 | Sec ck c/w. |
| | 0156 | Cpf Daniels in Area, Sec/Safety ck. |
| | 0206 | Sec ck c/w. Hourly Verified by Dotson @ 207 |
| | 0221 | Sec ck c/w. |
| | 0236 | Sec ck c/w. |
| | 0251 | Sec ck c/w. |
| | 0303 | C/o Rodriquez in Area. |
| | 0305 | Hourly Sec ck c/w verified by Dotson/Daniels |
| | 0305 WS | Sec ck c/w @ 0320 |
| K/C-10 | 0335 | Sec ck c/w Count Accom 18 T/P |
| | 0345 | CODE RED |
| | | Count called into primary 18 T/P verified by |
| French | | Dotson |
| | 0350 | Sec ck c/w. |
| | 0400 | 2t Chudzik in Area Sec/Safety ck. out @ 0404 |
| rief'ing | 0404 | C/o Ivy in Area, D/o Count Sheet |
| | 0405 | Sec ck c/w. |
| 24 Weds. | 0420 | Sec ck c/w. @ 0415 |
| unless Noted | 0429 | CODE GREEN |
| O cat-lock 18 V | 0430 | Sec ck c/w. |
| Property Briefed | 0445 | Sec ck c/w. |

1ST 8hrFT 2400 × 0800  01.12.2006  Weds.                                    (Cont.)

| | | |
|---|---|---|
| 0500 | Hourly Sec CK c/w Verified by Dotson | 0802 |
| 0501 | Woke I/m salber For Court. | 0807 |
| 0515 | Sec CK c/w. | |
| 0530 | Sec CK c/w | * Letter |
| 0541 | c/o Ivy Plu ▮▮▮▮▮ For Court | 0810 |
| | 18T 17P. | |
| 0545 | Sec CK c/w. | |
| 0600 | Hourly Sec CK c/w Verified by Dotson | 0814 |
| 0615 | Sec CK c/w. | 0815 |
| 0620 | Nurse Administered Meds to ▮▮▮▮▮ | 0815 |
| 0630 | | 0823 |
| 0632 | Laundry wk IN (1) out @ 0632. | 0827 |
| 0640 | Sec CK c/w Count Accomplished. 18T 17P | 0830 |
| | 1 out to court. | 0834 |
| | CODE RED | |
| 0645 | Count called into Primary 18T 17P | 0840 |
| | 1 out to court Verified by | |
| 0655 | Sec CK c/w. | 0845 |
| 0710 | Sec CK c/w. | 0848 |
| 0714 | CODE GREEN | 0855 |
| 0725 | Sec CK c/w. | |
| 0740 | Sec CK c/w | 0858 |
| 0749 | Sec CK c/w. | |
| | c/o Schrack Relieved by c/o ⓪ | |
| | 18T 17P 1 out to court 10 Keys all | 0900 |
| | Equip Counted & Checked On Coming | 0913 |
| | Officer Properly Briefed. | |
| CO Newman | 0800-1600 1-12-05 Infirm. CW Talovi Wed | |
| 0750 | C/o Talovi relieved co Schrack after | 0915 |
| | HC K/C + brief. | 0918 |
| 0759 | 12×8 departs away. | 0930 |
| 0800 | Code "4 Red" called. | 0934 |
| 0800 | co Newman in area for duty. | 0945 |
| 0800 | co Newman on the floor + co | 0947 |

| | | |
|---|---|---|
| Weds. | Cont. | Cus Newman + Talenti Wed. |
| Dotson | 0800 | Talenti on the log |
| | 0807 | HE called in to PLC, Sgt Wilson. |
| | | * Int = 18 Total, 17 Prs, 1 out court |
| | | * Water + all equip avail. for PLC = D |
| — court | 0810 | — Note: The PCO Level close watch checks |
| | | will be made approx every 15-min. and |
| | | logged as Security Checks |
| Dotson | 0814 | * PA Hernandez does medical rounds. |
| | 0815 | Note: C/o Newman on OPI Camcorder |
| | 0815 | Security Checks made. |
| | 0823 | Code "Green" called |
| :2 | 0827 | Nurse Colleen distributes morn. meds. |
| 18ᵀ 17ᴾ | 0830 | Security Checks made. |
| | 0834 | * Dr. Joshi (Psychiatrist) in area + sees |
| | | PCO + Psych patients. |
| T 17ᴾ | 0840 | * Food Cart in + checked: Sworn Servers |
| | | — short bread + cereal — called Sgt Kennedy |
| | 0845 | Security Checks made. |
| | 0848 | ▓▓▓▓ worker ▓▓▓▓ (▓▓) in area. |
| | 0855 | Security Team in area. They do |
| | | Bar/windows. |
| | 0858 | * Add to Count: Inm ▓▓▓▓ ▓▓▓▓ |
| | | to Count in #201 Cal on medical. |
| | | Int = (19) Total |
| ⓪ eys all | 0900 | Security Checks made. |
| ...ming | 0913 | * Sgt Kennedy in area + brought |
| | | food that was short — worker is |
| ...Talenti Wed | | preparing the plates. |
| k after | 0915 | Security Checks made. |
| | 0918 | * Chow is being served. |
| | 0930 | Security Checks made. |
| | 0934 | * Chow complete, all Inm's fed. |
| duty, | 0945 | Security Checks made. |
| r + co | 0947 | * Trash collected. |

0800 - 1600 1-12-05 Intrm,
CO's Talenti & A. Newman   Wed,

| Cont | | Cont. |
|---|---|---|
| 0941 | ████████ to grievance Hrg. | 1158 |
| | Int = 16 Present | 1200 |
| 0945 | Security checks made. | 1215 |
| 0947 | * Food Cart out - seven utensils Rtd, | 1216 |
| 1000 | Security checks made. | 1220 |
| 1010 | *#198 Cell cleaned by Tierman — ████████ on PC03 No Rec & Showers are not working - due to tile work. | 1229 1230 1236 |
| 1015 | Security Checks made. | |
| 1020 | *#201 ████████ cleaned (cell) — No Rec for PC03 - No shower - available, bathroom being worked on - See memo. | 1245 1250 1300 1302 |
| 1022 | ████████ Rtd from Grievance Hrg Sgt. Muddy's office. Int = 17 Present, | 1314 |
| 1030 | Security Checks made, | 1315 |
| 1030 | * Sgt. Kennedy in the area, | 1323 |
| "1033 | Nurse Colleen taking vital signs on #204 Cell ████████. OK | 1325 |
| 1045 | Security Checks made. | |
| 1055 | Per Medical; ████████ DETOID | 1327 |
| 1100 | Security Checks made | |
| 1109 | Per Medical; ████████ cell is De To Pop - No Seg -7E | 1329 1330 |
| 1115 | Security Checks made. | 1332 |
| 1125 | Dr. Joshilia to see ████████ | |
| 1130 | *████████ (Cunt int.) Rtd to 2T ████████ remains in area (code Red) | 1338 1340 |
| 1135 | Code "Red" called. (Head Cunt) Security Checks made. | 1344 |
| 1135 | Both Int'y workers remain in area. | |
| 1140 | ITC called in to PLC, Sgt. Wilson, | |
| | * Int = 19 Total, 17 Pres., 2 Out-Cart | 1345 |
| | * Hold = (2) Workers - 2T | |
| 1145 | Security Checks made, | |

| | | |
|---|---|---|
| | | CO's Talenti + A. Newman   Wed. |
| 1158 | Code "Green" called. |
| 1200 | Security Checks made. |
| 1215 | Security Checks made. |
| 1216 | * Called for battery to Prim) Control. |
| 1220 | * Sgt Kennedy in the area. |
| 1229 | * Dr Ali in area seeing patients |
| 1230 | Security Checks made. |
| 1236 | * Food Cart checked 16 seven utensils, — No Plates + 1 serving short. |
| 1245 | Security Checks made. |
| 1250 | * Dr. Ali still seeing F/m patients. |
| 1300 | Security Checks made. |
| 1302 | ~~▓▓▓▓▓▓▓▓▓▓▓~~ transferd to ID-6, Inf total now — (18) |
| 1314 | * Food and plates arrived — chow prepared. |
| 1315 | Security Checks made. |
| 1323 | * Chow is being served |
| 1325 | * Primary QRT muster 2nd floor office. CO Newman responds. * Feed-up continues one cell at a time |
| 1327 | ~~▓▓▓▓▓▓▓▓▓~~ + ~~▓▓▓▓▓▓~~ 192 to UBIK. Inf = 14 present. |
| 1329 | QRT called w—1 CO Newman Rtd to area. |
| 1330 | * St Lt. Polk in the area. |
| 1332 | * Primary QRT mustered to 1st floor office — CO Newman responds. St Lt Polk assists with feed. — Area Locked down. |
| 1338 | * Chow complete, staff Polk exits area. |
| 1340 | ~~▓▓▓▓▓▓▓▓▓▓~~ Rtd. from Court. Inf = 15 Present. |
| 1344 | * CO Wayman, Sick Call Inmates being held in rear Inf for QRT muster, front Inf cleared. |
| 1345 | * Captain Emrig called (Approx 1345) + asked CO Talenti to check Inf |

Cos Talenti + A. Newman Wed.

| | | |
|---|---|---|
| Cont. | | |
| 1345 | module closet for any commissary | 1602 |
| | belonging to ▓▓▓▓ ▓▓▓▓▓▓▓▓ —None found! | 1605 |
| 1352 | ★ Trash, Trays collected, one (cell) | 1624 |
| | at a time by Tierman. | 1659 |
| 1400 | Approx. QFI muster is 10-1 | N/C |
| 1401 | ★ C/O Newman Rtd. to area. | 1720 |
| 1405 | Approx. Security Checks made. | 1746 |
| 1415 | Security Checks made. | 1755 |
| 1428 | ★ ▓▓▓▓ ▓▓▓▓ arrived + put in ▓▓ ▓▓▓ ▓▓▓ | 1758 |
| | on medical. Inf = 16 Present. | 1814 |
| 1430 | Security Checks made. | 1854 |
| 1436 | ★ USITS Rtd. #205 ▓▓▓▓▓ #19▓ ▓▓▓▓ | 1920 |
| | Inf = ⟨18 Present⟩ | 1950 |
| 1435 | ★ Nurse Colleen does afternoon meds. | 2000 |
| 1439 | Code "6" called, 2-C C/O Newman | |
| | responds to area | |
| 1439 | ★ I/M Worker ▓▓▓▓ ▓▓▓▓ ▓ to 2T, upfront | 2000 |
| | with C/O Wayman for ride. | 2004 |
| 1443 | Code 6 on 2-C called 10-1 | 2024 |
| 1451 | ★ C/O Newman Rtd. to area. H/C | 2112 |
| | + S/C's made. | 2121 |
| 1500 | Code "Red" H/C called into PLE at | 2202 |
| 1504 | ★ Inf = 18/18, Total + Present ★ W/C = 10 | 2220 |
| | ★ Colleen + all equip acctd. for | 2246 |
| 1515 | Security Checks made. | 2300 |
| 1525 | Code "Green" called. | |
| 1530 | Security Checks made. | 2303 |
| 1552 | The 4X12 shift relieved the 8X4 | 2311 |
| | shift, brief given, 8X4 off R&T's. | 2335 |
| | 3rd Shift     1600X2400    01-12-05   Wed | 2358 |
| 1555 | % Blue & Carlock Assumes Duties After H/C Brd Briefing | |
| | Total - 18  K/C - 10 | |
| | OOT - 0 | |
| | PRES - 18 | |

| | | | |
|---|---|---|---|
| | 3rd Shift | 1600x2400 | 01-12-04   Wed |
| 1602 | Code Red | | |
| 1605 | Notified P/C of H/C ▓▓▓ - Sgt French | | |
| 1624 | Code Green | | |
| 1654 | I/m worker ▓▓▓▓▓ In AREA | | |
| Note | I/m ▓▓▓ ReFused dinner | | |
| 1720 | I/m's out For Rec ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| 1748 | Code 4 IC | | |
| 1755 | Code 4 IC 10-1 | | |
| 1758 | Lt Sabato In AREA For S/c | | |
| 1814 | Sgt Depeo Conducts | | |
| 1854 | SLT Sabato In AREA For S/c | | |
| 1920 | Rec Complete | | |
| 1938 | Nurse Janet Conducting med Pass | | |
| 8000 | S/o Blue Conducts H/c - Total - 18   S/c | | |
| | | out - 0   1-2W | |
| | | Pres - 18 | |
| 2000 | Code Red | | |
| 2004 | Notified P/C of Above H/c - Sgt French | | |
| 2024 | Code Green | | |
| 2112 | SLt Sabato In AREA | | |
| 2121 | Add ▓▓▓▓▓▓▓▓▓▓ To 201 From 16-9 C(19) | | |
| 2202 | Code 8 2G | | |
| 2220 | Code 8 2G 10-1 | | |
| 2246 | S/o Blue Conducts H/c & K/c - Total - 19   K/c - 10 | | |
| 2300 | Code Red   out - 0   1-2W | | |
| | Pres - 19   1 S/c | | |
| 2303 | Notified P/c of Above H/c & K/c - Sgt French | | |
| 2311 | Code Green | | |
| 2335 | I/m worker departs | | |
| 2350 | 4X12 Relieved By 12x8 After H/c K/c & Briefing | | |
| | E.O.S | | |

| | | 1ST |
|---|---|---|
| 1ST | Shift 2400 X 0800    01·13·2005   Thurs. | |
| Note | All Checks by c/o Schrack unless Noted | NOTE |
| 2355 | c/o Schrack Relieved c/o Blue and c/o Carlock | |
| | 19T/P 10 Keys All Equip Counted and checked | 0559 |
| | Properly Briefed. | 0640 |
| 2400 | CODE RED | |
| 0001 | Count called into Primary 19T/P 2 fire | 0641 |
| | Bottles Charged  1 FAK Sealed 10 Keys | 0645 |
| | Verified by Harriford. | 0650 |
| 0005 | c/o Brown in area P/u Mail, Modsheet 2 | |
| | Paper  Wk. Nurse Administered Meds to ▬▬▬ | 0651 |
| 0038 | CODE GREEN | |
| 0052 | Hourly Sec Ck c/w Verified by Harriford | 0713 |
| 0053 | Nurse Administered O₂ and Vitals to | |
| | ▬▬▬ ▬▬▬ | 0755 |
| 0125 | Lt. Kenney in Area Sec/Safety. | |
| 0202 | Hourly Sec Ck C/w Verified by Harriford | |
| 0246 | Nurse Cked on ▬▬▬▬▬ | |
| | 191. | |
| 0304 | Hourly Sec Ck c/w Verified by Harriford | |
| 0340 | Sec Ck c/w Count Accomplished 19T/P | |
| 0345 | CODE RED | |
| 0396 | Count called into Primary 19T/p Verified | 0755 |
| | by Harriford. | |
| 0347 | ▬▬▬ 206 Complained of Shortness | 0758 |
| | of Breath, Nurse did Vitals. | 0800 |
| 0348 | Nurse changed O² Tank on ▬▬▬ | 080 |
| | 191. | |
| 0401 | c/o Brown, D/o Count Sheet. | |
| 0411 | CODE GREEN ▬▬▬ | |
| 0455 | Woke ▬▬▬ ▬▬ 2 ▬▬ ▬▬ For | 0813 |
| | Court. | |
| 0458 | Hourly Sec Ck c/w Verified by Harriford. | *41CF |
| 0459 | Nurse Started O₂ on ▬▬▬▬ | 085 |
| 0526 | ▬▬ ▬▬▬ out to Court 191 18P | |

Thurs.

1ST SHIFT 2400 x 0800   01-13-2005   Thurs.

| | | |
|---|---|---|
| less Noted | NOTE ▓▓▓▓▓ has vidio ct Will Remain in INFER. |
| & c/o Carlock | Due to O² Comfirmed by Chappell B/R. |
| and Checked | 0559 | Hourly Sec Ck c/w Verified by Harriford. |
| | 0640 | Sec Ck c/w Count Accomplished 19ᵀ 18ᴾ |
| | | 1 out to court. |
| 1g 2 fire | 0641 | laundry wk in (1) out @ 0641 |
| Kcks | 0645 | CODE RED |
| ed L | 0650 | Count called into primary 19ᵀ 18ᴾ 1 out to |
| ▓▓▓▓▓ | | court Verified by Harriford. |
| | 0651 | ▓▓▓▓▓ Complained Could Not Breathe, Notified |
| | | Nurse, Nurse did Vitals. |
| Iarriford | 0713 | CODE GREEN |
| IS to | | Sec Ck c/w |
| | 0755 | c/o Jarrack Relieved by c/o Talenti @ 0755 |
| Harriford | | 19ᵀ 18ᴾ 1 out to court 10 Keys All Equip |
| ▓▓▓▓▓ | | Counted and checked on Coming officer |
| | | Property briefed Note ▓▓▓▓▓ is on |
| Iarriford | | O² and Will go to court urn called |
| 19ᵀ Iᴾ | | / / / / EOS / / / / / |
| | | 0800 1600 1-13-05 Infirm- c/os Talenti, & Newman |
| Verified | 0755 | c/o Talenti relieved the 12x8 shift after |
| | | H/C, H/C & brief. 12x8 departs area |
| hottness | 0758 | c/o A. Newman in area for duty |
| 3 | 0800 | Facility in Code "Red" status. |
| ▓▓▓▓▓ | 0810 | c/o Newman on the floor, c/o Talenti |
| | | on the log book. PCO Level checks |
| | | on Psych Patents will be done approx. |
| | | every 15 min & logged as security check |
| es For | 0813 | H/C called in to P&C C/PL McMillan |
| ▓▓▓▓▓ | | * Int = 19 Total, 18 Present, 1 out - C |
| | | * H/C&IO * Cutter + Atl equip acctd for |
| on. | 0815 | —* No PCO Level checks at this time; INFIRM |
| | | 1/2 has Sec Chs, will be made up 2GY |

**294**

| Time | Entry | |
|---|---|---|
| Cont. | cells Talenti + A Newman thir, | Cont. |
| 0815 | a Pca Level is added. | 1050 |
| 0820 | * Nurse Jeremy do's morn. meds. He | 1100 |
| | is assigned to rear inf. for FCM 8x4) | 1105 |
| 0824 | Code "Green" called. | 1110 |
| 0830 | Security Checks made. | 1135 |
| 0844 | ▇▇▇  ▇▇▇  2T – Rear Inf | 1135 |
| | ▇▇▇  2T – Front Inf fireman in area | |
| 0844 | * Food Cart in area + checked. | 1144 |
| | – Seven Servers Rec'd. | |
| 0845 | Commissary delivered to area | |
| 0850 | ▇▇▇  #201 to Cmrt. Inf = 17 Pres. | 1140 tie |
| 0852 | * Security Team in area, They do | |
| | Bar Windows + cell checks, | |
| 0900 | Security Checks made. | |
| 0912 | * Chow is being served. | |
| 0925 | * Chow is completed | 1208 |
| 0934 | * Code 4 called on 1D. | 1230 |
| 0938 | * Code 4 called 10-1 on 1D. | 1235 |
| 0944 | * Trash picked up. | |
| 0945 | * CPL returns in the area – Lead worker | |
| 0957 | * Food Cart out – seven servers Rtd. | 1243 |
| 1000 | * REC for I/M'S ▇▇▇▇▇ Tiles being | 1258 |
| worked on - No Showers ▇▇▇ | | 1300 |
| 1006 | Late Entry: ▇▇▇▇▇ | 1316 |
| | Given Code 4 (Not in # 201 Cell | 1319 |
| | on medical status. Not on count | 1320 |
| 0006 | ▇▇▇▇▇▇ | 1327 |
| | Rtd from Cart to Inf – 19 Present | 1336 |
| 1015 | * Refused Rec # 202 ▇▇▇ | |
| | ▇▇▇ # ▇▇▇ | 1345 |
| 1027 | * Ltv Sheets in the area | 1350 |
| 1036 | * Sgt Wilson in area with outside | |
| | tour group. Project stay-Free | |

0800 — 1600  1-13-05   Lu Term.   295
Cos Talanti + A. Newman  Thurs.

| | | |
|---|---|---|
| Iat. | (cont.) | |
| thuk, | | |
| | 1050 | ████ #191 on mrd run, Int = 18 Prs. |
| mrds. He | 1100 | * REC over for all I/m's. |
| FEM 8x4) | 1105 | Maint, co Teel in to check ████ |
| | 1110 | Security Checks made. |
| | 1135 | HTC +S/C's made. Code "Red" called |
| x Inf | 1135 | ████ o court at 1133 hrs. Late Entry |
| rep in area | | Int = 17 Present |
| ed. | 1144 | HTC called in to P/C Cpl McMillan |
| | | * Int = 19 Total, 17 Prs, 2 out - court |
| a, | | ° Total = (1) Sick ████ |
| 17 Prs, | 1140 | *** NOTED Int Sheets advised about I/m |
| y do | | Bathl Showers being worked on by maint. He |
| | | said he will check with Captain on |
| | | running B/R showers. He was advised when |
| | | he entered area at 1027. |
| | 1208 | Code "Green" called |
| | 1230 | Security Checks made. |
| D. | 1235 | ████ (cl taken to B/R, |
| | | Per Cpl Kearns for phone call, co Newman |
| d ubler | | took him down. |
| vers Rtd | 1243 | * Food Cart arrived ° Seven utensils |
| Tilts being | 1258 | ████ |
| | | from B/R + Court. Int = 18 Present |
| obets | 1300 | * Chow B Served. |
| | 1316 | * Chow complete; all I/m's fed |
| (el) | 1319 | * CPL Kearns in area + making checks. |
| count | 1320 | * Trash collected. |
| ilton | 1327 | * Food Cart out °- Seven utensils Rtd. |
| esent | 1336 | Per P/C ° Bag + Bag ° ████ |
| | | Cl. J Oky ████ |
| | 1345 | Security Checks made ████ |
| | 1350 | * Add to Cart ° ████ |
| outside | | to #701 Cal on P/C ° |
| Fire | | ████ #702 on Mrd. Int total = (21) |

296

Cont.

1407 ▮▮▮▮▮▮▮ cell arrived.
— Than went to B/R for Phone call for medical reasons

1410 * CPL Kearns takes Bay + Bay ▮▮▮▮▮ to B/R.

1425 * Don from mental health in area to evaluate psych patients.

1425 Del Cont. Justice Miss Earle in area to see ▮▮▮▮▮▮▮▮

1432 * Drop from Count ▮▮▮▮▮▮▮ #206 B+B. Inf total now! = (20)

1446 * Dc To Pop ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ per Medical.

1448 ▮▮▮▮▮▮▮▮▮▮▮ Rtd from B/R.

14 ▮ Inf = 19 Present

1450 — LATE ENTRY: DM Worker Burton Rtd to 2T at 1430 hrs.

1452 * CPL Rayne in area + speaks to ▮▮▮▮▮ #202 cell.

1455 * ▮▮▮▮▮▮▮ #204 Requested to speak to Lt. Sweets. Sweets notified and will see him when he gets a chance in the near future.

1500 Code "Red". HTC + SLE's made.

1508 HTC called in to PTC CPL McMillan
— * Inf = 20 Total, 19 Prs, 1 out-mcd rm.

* QTC = 10 * Cuffs + all equip. acctd. for.

1515 Security checks made.

1523 Code "Green" called.

1530 Security checks made.

1537 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Inf = 20 Prs)

1545 The 4x12 shift relieved the 8x4 shift + brief given. 8x4 off detailed

D000215



| | | |
|---|---|---|
| 4712 | 3RD Shift 1600-0000 13 Jan 2005 thru | |
| | (C/O's Blue + Cynlak on Duty) | |
| 1550 | C/O Cynlak now assumes afternoon duties | |
| | headcounts were performed and verified | |
| | and 8x4 departs the area | |
| 1554 | C/O Blue reports for duty after working | |
| | overtime on 1A+B | |
| 1600 | xxx CODE RED xxx | |
| 1601 | notified P/C Sgt French of Count As: | |
| | INF | off=10 |
| | 20 - 70Tir | 1RADIO + 10 |
| | 20 - PRESENT | |
| 1618 | xxx CODE GREEN xxx | |
| 1625 | Lt. SENA TO IN AREA FOR PCO's + | |
| | SECURITY CHECKS | |
| 1630 | C/O Blue conducts PCO's Checks All-Secure | |
| 1630 | Unit # 12 Brings in (2) inf. workers | |
| | for duties | |
| 1640 | Dinner is now being served by | |
| | Inf. Workers | |
| 1650 | C/O Blue conducts PCO's Checks All Secure | |
| | Dinner service now completed | |
| 1718 | C/O Cynlak conducts PCO Checks All Sec | |
| 1750 | C/O Blue conducts PCO Checks All-Sec | |
| | ▮▮▮▮▮ # 198 out for | |
| | shower | |
| 1810 | C/O Cynlak conducts PCO Checks All Sec | |
| | ▮▮▮▮▮ completes shower + | |
| | Returns to Room # 198 | |
| 1814 | Sgt French in P/C transfers (5) 15's | |

pg 298 | 3RD Shift 1600-0000 13 January 05 then | pg 298
| 2 c/o's Blue + Cunlock on Duty |
1830 | Units #'s 13 & 14 on the Annex | 2200
| to pick-up transfers Informing | 1
| count is now at 15/15 | 2210
1850 | c/o Blue conducts PCO Checks A/S | 2222
1905 | ▓▓▓▓▓▓▓ out for shower | 1
1920 | c/o Blue conducts PCO Checks | 2224
1925 | Sgt DeFeo on the Annex for | 2230
| Security Checks | 2252
1947 | c/o Blue conducts PCO Checks A/S | 2300
1950 | c/o Blue conducts headcount | 1
1957 | c/o Blue + Nurse Wing Begin | 2300
| Infirmary Med-pass |
2000 | xxx CODE RED xxx |
2000 | Notified Lt Sgt French of count as: | 2310
| dtf          2 INF WORKER | 2313
| 13 - TOTAL        1 - V | 
| 15 - WORKER       1 - W | 2330
2013 | c/o Cunlock conducts PCO Checks A/S | 2345
2017 | xxx CODE GREEN xxx |
| Primary QRT Muster Engine Office |
2024 | Medication pass completed |
2033 | QRT MUSTER IS 10-1 |
2035 | c/o Cunlock conducts PCO Checks A/S |
2056 | c/o Blue conducts PCO Checks A/S |
2030 | trash placed for pick-up |
2118 | c/o Cunlock conducts PCO Checks A/S |
2136 | c/o Blue conducts PCO Checks A/S |
| dtf workers begin Infirmary |
| clean-up and trash pick up at |
| this time |
| (cont Next Pg) |

| | | |
|---|---|---|
| ming as thin | fr 298 3RD | Shift 1600-0000 13 January 2005, thur |
| 2akf | 1 | Leog, Blue & Cunfuch (fm Duf) |
| Cuven | 2200 | St. Lt. Subuto fm Area to speak |
| Infumry | 1 | with ████████████ |
| ho A18 | 2210 | Sl.Lt. Subuto exit the area |
| showen | 2222 | C/O Blue conduct PCO's checks & |
| | 1 | headcount |
| ho | 2224 | CODE #62M POP |
| eu fun | 2230 | CODE #62M POP 10-1 |
| Techs A/S | 2252 | C/O Blue conduct PCO Checks A/8 |
| ents | 2300 | XXX CODE RED XXX |
| Begin | 1 | |
| 1 | 2300 | Notifu P/C Sgt French of Count a: |
| | | INF          KSC=10 |
| | | 15 - TOTAL     1 RADIO #40 |
| | | 15 - PRESENT |
| l Count a: | 2310 | C/O Cunlnk conduct PCO Checks A/S |
| xxx | 2313 | XXX CODE GREEN XXX |
| | 2330 | C/O Cunlnk conduct PCO Checks A/S |
| hecho A/S | 2345 | C/O Blue & Cunlnk relieved |
| XX | | by 12x8, aften hfc info |
| nd fla office | | and bufufing C/O Shind |
| tu | | cyren Went Hoff Book |
| Checks A/S | | |
| Checks A/S | | |
| n up | | |
| hecks A/S | | |
| hecks A/S | | |
| immny | | |
| pich up at | | |