## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL S. GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-549-SLR |
| | ) |
| | ) |
| RADCLIFF CHARLES, | ) |
| BRADFORD APA, LYLE BRYANT, | ) |
| HORACE DUGGINS, GARLAND | ) |
| WILLIAMS and Cpl. DANELLI | ) |
| | ) |
| Defendants. | ) |

**NOTICE AND CERTIFICATE OF SERVICE**
**OF REDACTED DISCOVERY DOCUMENTS**

I, Stacey Stewart, Deputy Attorney General, hereby certify that on May 9, 2008, I electronically filed a *Redacted Copy of Logbooks* [D.I.#52] Bates-Stamped D000139 through D000218 with the Clerk of Court using CM/ECF. I hereby certify that on May 9, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:

Daniel Green
921 Bennett Street
Wilmington, DE 19801

                                         **STATE OF DELAWARE**
                                         **DEPARTMENT OF JUSTICE**

                                         /s/ Stacey X. Stewart _____
                                         Stacey X. Stewart, I.D. No. 4667
                                         Deputy Attorney General
                                         820 North French Street, 6th Floor
                                         Wilmington, DE 19801
                                         (302) 577-8400
                                         stacey.stewart@state.de.us