**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:** New Castle County—Civil Division

July 1, 2008

The Honorable Sue L. Robinson
U.S. District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

      Re:    *Green v. Charles, et al.*
                <u>C.A. No. 05-549 (SLR)</u>

Dear Judge Robinson:

      I am writing as counsel for the defendants in the above-captioned case. On May 19, 2008, you issued an Order requiring Plaintiff to pay the balance of his filing fee or submit a new standard form application to determine *in forma pauperis* status within 30 days of the date of the Order or the case would be dismissed. (D.I. 59). To date, plaintiff has not remitted either and the 30 day deadline has passed. Thus, the defendants respectfully request that the case be dismissed.

      I remain available to the Court should anything further be required.

                             Respectfully submitted,

                             */s/ Stacey X. Stewart*

                             Deputy Attorney General

cc:    Daniel S. Green