IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL S. GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-549-SLR |
| | ) |
| RADCLIFFE CHARLES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff, Daniel S. Green, was a prisoner incarcerated at the Delaware Correctional Center at the time he filed his complaint under 42 U.S.C. § 1983, along with an application to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915;

WHEREAS, on September 19, 2005, this court entered an order granting leave to proceed in forma pauperis, and requiring plaintiff to pay the $250.00 filing fee as determined by statute (D.I. 3);

WHEREAS, on March 24, 2008, the court was notified that plaintiff is no longer incarcerated (D.I. 46);

WHEREAS, on May 22, 2008, the court ordered plaintiff to either pay the filing fee he owes ($250.00) or submit a new standard form application to proceed without prepayment of fees and affidavit within thirty days of the date of the order (D.I. 59);

WHEREAS, the time has lapsed and plaintiff has not complied with the court's order of May 22, 2008;

THEREFORE, at Wilmington this 30th day of June, 2008, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

                                                  UNITED STATES DISTRICT JUDGE